UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

RLI INSURANCE COMPANY,                    )
9025 North Lindbergh Drive,               )
Peoria, IL 61615,                         )
                                          )
                                          )
          Plaintiff,                      )
                                          )
v.                                        )  Civil Action No.
                                          )
SAM'S TRANSPORTATION SERVICES, INC.,)
a/t/a SAMS TRANSPORTATION,                )
SERVICES, INC.,                           )
3868 Highway 61 North,                    )
Cleveland, MS 38732-8726,                 )
                                          )
PETER RONCALI,                            )
489 Parker Bayou Road,                    )
Shaw, MS 38773,                           )
                                          )
ALL STAR TRANSPORTATION, INC.,            )
P.O. Box 37,                              )
Pacific, MO 63069,                        )
                                          )
ALTENDORF EXPRESS,                        )  COMPLAINT IN INTERPLEADER
P.O. Box 250,                             )
Minto, ND 58261,                          )
                                          )
AMERICAN TRANSPORT, INC.,                 )
100 Industry Drive,                       )
Pittsburgh, PA 15275-1014,                )
                                          )
APEX CAPITAL, L.L.P.,                     )
6000 Western Place #1000,                 )
Ft. Worth, TX 76107,                      )
                                          )
AVALON EXPRESS, INC.,                     )
207 W. 3rd St.,                           )
Suite 205,                                )
Northfield, MN 55057,                     )
                                          )
                                          )
                                          )
                                          )

**CBR TRANSPORT, INC.,**      )
c/o Sunbelt Finance, L.L.C.,     )
P.O. Box 17000,       )
Jonesboro, AR 72403,      )
            )
**CENTRAL CARRIERS, INC.,**     )
2823 Hwy. 2 West,       )
Rugby, ND 58368,       )
            )
**CFC TRANSPORTATION, INC.,**    )
c/o First Advantage Transportation Services, )
P.O. Box 710,        )
Lake Havasu City, AZ 86405-0710,   )
            )
**CHICAGOTRANS ENTERPRISES., INC.,**  )
27 E. Hattendorf,       )
#411,          )
Roselle, IL 60172,       )
            )
**CTC TRUCKING, INC.,**      )
699 S. Range Rd.,       )
Cocoa, FL 32926,       )
            )
**D L K TRUCKING, INC.,**     )
P.O. Box 848,        )
Plover, WI 54467,       )
            )
**DEECO TRANSPORTATION,**    )
7833 Rickie Street,       )
Lansing, MI 48917,       )
            )
**DIRECT TRANSPORT, LTD.,**    )
460 7th Ave. NE,       )
West Fargo, ND 58078-1061    )
            )
**DTI LOGISTICS, INC.,**      )
P.O. Box 1678,        )
Tucker, GA 30085-1678     )
            )
**EAGLE EXPEDITORS, INC.,**    )
2186 Chesnee Hwy,       )
Spartanburg, SC 29303,      )
            )

EQUITY TRANSPORTATION CO., INC.,  )
3685 Dykstra Dr. NW,  )
Walker, MI 49544,  )
 )
GREGORY LOGISTICS, INC.,  )
P.O. Box 308,  )
2844 Fair Street,  )
Poplar Bluff, MO 63902,  )
 )
H&V LEASING, INC.,  )
P.O. Box 999,  )
Newport, AR 72112,  )
 )
HAUL-LINE, INC.,  )
8529 Arboleda Dr.,  )
El Paso, TX 79907,  )
 )
HUFF & PUFF TRUCKING, INC.,  )
c/o First Advantage Transportation Services,  )
P.O. Box 710,  )
Lake Havasu City, AZ 86405-0710,  )
 )
J&E EXPRESS, INC.,  )
c/o TransCredit, Inc.,  )
9485 Regency Square Blvd.,  )
Suite 102,  )
Jacksonville, FL 32225,  )
 )
WIEST TRUCK LINE, INC.,  )
8060 36th Street Southeast,  )
Jamestown, ND 58401-9510,  )
 )
JOHN R. REED, INC.,  )
75 Currie Road,  )
P.O. Box 306,  )
Dyer, TN 38330,  )
 )
J&E TRUCKING, INC.,  )
c/o Sunbelt Finance L.L.C.,  )
P.O. Box 17000,  )
Jonesboro, AR 72403,  )
 )
 )

K.A.T. LOGISTICS, INC.,                          )
101 N. Houston,                                  )
P.O. Box 714,                                    )
Cameron, TX 76520,                               )
                                                 )
M&B TRUCKING EXPRESS CORP.,                      )
P.O. Box 395,                                    )
Columbia Station, OH 44028,                      )
                                                 )
MARVIN KELLER TRUCKING,                          )
c/o Transcredit Inc.,                            )
9485 Regency Sq. Blvd.,                          )
Jacksonville, FL 32225,                          )
                                                 )
MID SOUTH TRANSPORT, INC.,                       )
P.O. Box 16013,                                  )
Memphis, TN 38186-0013,                          )
                                                 )
NORTHSTAR TRANSP. SOLUTIONS, LLC., )
c/o First Advantage Transportation Services,     )
P.O. Box 710,                                    )
Lake Havasu City, AZ 86405-0710,                 )
                                                 )
TOPPER 1,                                        )
c/o Owner-Operator Independent Drivers           )
Association Inc.,                                 )
1 NW OOIDA Drive,                                )
P.O. Box 1000,                                   )
Grain Valley, MO 64029,                          )
                                                 )
PERIMETER TRANSPORTATION                         )
COMPANY, L.L.C.,                                 )
5515 East Holmes Road,                           )
Memphis, TN 38118-7933                           )
                                                 )
R & B TRUCKING OF TUPELO, INC.,                  )
955 S. Eason Blvd.,                              )
Tupelo, MS 38804,                                )
                                                 )
R.T. PETERSON TRUCKING, L.L.P.,                  )
401 N I-27 HWY BLDG 13,                          )
Lubbock, TX 79403,                               )
                                                 )

4

RIVERS TRUCKING, INC., )
500 Meadowbrook Farms Rd., )
Green Cove Springs, FL 32043, )
)
SAFEWAY EXPRESS, L.L.C., )
c/o Sunbelt Finance, L.L.C., )
P.O. Box 17000, )
Jonesboro, AR 72403, )
)
SCHIBI TRANSPORTATION, L.L.C., )
1509 North Ohio Ave., )
Sedalia, MO 65301, )
)
SIMPLE SOLUTIONS, INC., )
c/o Eagle Capital Corporation, )
4141 West Main Street, )
P.O. Box 4215, )
Tupelo, MS 38803, )
)
SOUTHWEST LOGISTICS, INC., )
P.O. Box 646, )
Platteville, WI 53818, )
)
TENNESSEE STEEL HAULERS, INC., )
2607 Brick Church Pike, )
Nashville, TN 37207, )
)
TOTAL TRANSPORTATION OF )
MISSISSIPPI, )
125 Riverview Drive, )
Richland, MS 39218, )
)
TRADE WINDS TRANSIT, INC., )
1065 Bloomfield Rd., )
Bardstown, KY 40004, )
)
UNIVERSAL AM-CAN, LTD., )
P.O. Box 2007, )
Warren, MI 48090-2007, )
)
)
)
)

5

WESTERN EXPRESS, INC.,              )
c/o Roland M. Lowell, Esquire,       )
7135 Centennial Place,               )
Nashville, TN 37209,                 )
                                     )
WESTERN FREIGHTWAYS,                 )
c/o Weiss, Spencer & Levin,          )
3170 North Federal Highway,          )
Suite 100,                           )
Lighthouse Point, FL 33064,          )
                                     )
WILD WEST TRANSPORTATION, INC.,      )
c/o Eagle Capital Corporation,       )
4141 West Main Street,               )
P.O. Box 4215,                       )
Tupelo, MS 38803,                    )
                                     )
WILLIAMS TRUCKING,                   )
c/o Eagle Capital Corporation,       )
4141 West Main Street,               )
P.O. Box 4215,                       )
Tupelo, MS 38803,                    )
                                     )
LANDTROP EXPRESS, INC.,              )
c/o TranCentral Financial, Inc.,     )
4284 Paysphere Circle,               )
Chicago, IL 60674,                   )
                                     )
PACER TRANSPORT,                     )
1229 E. Pleasant Run Rd.,            )
Ste. 300                             )
DeSoto, TX 75115,                    )
                                     )
HOFMANN TRUCKING, L.L.C.,            )
P.O. Box 550,                        )
Jamestown, ND 58402,                 )
                                     )
W.C. COOPER TRUCKING,                )
2268 Roberts Road,                   )
Carthage, MS 39051,                  )
                                     )
                                     )
                                     )

J.M. EXPRESS, INC.,                              )
401 Somerville Avenue,                           )
Chattanooga, TN 37405,                           )
                                                 )
HMD TRUCKING, INC.,                              )
10031 Virginia Avenue,                           )
Chicago Ridge, IL 60415,                         )
                                                 )
CHARLES EVANS TRUCKING,                          )
P.O. Box 306,                                    )
Wiggins, MS 39577,                               )
                                                 )
GOOLSBY TRUCKING CO., INC.,                      )
1218 W. Bankhead Street,                         )
New Albany, MS 38652,                            )
                                                 )
BLACK THUNDERBIRD TRUCKING,                      )
15038 N. 150th Land.,                            )
Surprise, AZ 85379,                              )
                                                 )
LONG HAUL DELIVERY SERVICE,                      )
5555 Brazoria Dr.,                               )
Grand Prairie, TX 75052,                         )
                                                 )
ABBOTT FREIGHT, INC.,                            )
105 W. Alameda Avenue,                           )
Suite 216,                                       )
Burbank, CA 91502,                               )
                                                 )
BIG M TRANSPORTATION, INC.,                      )
P.O. Box 8,                                      )
Hickory Flat, MS 38633,                          )
                                                 )
ADS TRUCKING, INC.,                              )
6344 Tramore Lane,                               )
Rockford, IL 61107,                              )
                                                 )
LANDFORCE EXPRESS CORP.,                         )
15492 W. Sage Street,                            )
Victorville, CA 92392,                           )
                                                 )
                                                 )
                                                 )

FIRST TRUCKING, INC.,                      )
8001B NW 64th Street,                      )
Miami, FL 33166,                           )
                                           )
CENTURY CARRIERS INC.,                     )
2401 Clements Rd.,                         )
Cottondale, AL 35453,                      )
                                           )
McGRIFF TRANSPORTATION, INC.,              )
86 Walnut Street,                          )
Cullman, AL 35055,                         )
                                           )
DANGO EXPRESS, INC.,                       )
P.O. Box 41658,                            )
Bakersfield, CA 93384,                     )
                                           )
SPECIAL DELIVERY XPRESS, INC.,             )
9605 Lilac,                                )
St. Louis, MO 63137,                       )
                                           )
D&S HAULERS, LLC,                          )
3 County Road 431,                         )
Water Valley, MS 38965,                    )
                                           )
DEDICATED TRANSPORTATION, LLC,             )
9177A HWY 182,                             )
Opelousas, LA 70570,                       )
                                           )
            Defendants.                    )
_____    )

## I. INTRODUCTION

1.      Plaintiff, RLI Insurance Company (RLI) issued a Property Broker's Surety Bond

No. RSB0634021 (Bond) on behalf of defendant, Sam's Transportation Services, Inc., a/t/a Sams

Transportation Services, Inc. (Sams), as principal, pursuant to 49 U.S.C. § 13906.

2.    RLI has received multiple adverse claims against the Bond, which claims in the aggregate exceed the penal sum of the Bond, and, accordingly, RLI seeks relief in statutory interpleader pursuant to 28 U.S.C. §1335.

3.    In partial consideration for the issuance of the Bond, Sams and Peter Roncali (Roncali) agreed to indemnify and hold harmless RLI from any damages, losses, costs, and expenses, including attorneys fees, resulting from the issuance of the Bond.

4.    As a sole and proximate result of issuing the Bond, RLI has suffered damages, losses, costs and expenses, including attorneys fees, and RLI seeks recovery of such damages, losses, costs and expenses from Sams and Roncali.

## II.    JURISDICTION AND VENUE

5.    Jurisdiction obtains under 28 U.S.C. §1335 and §1352 as more than two of the adverse claimants in this action, both designated as defendants, are of diverse citizenship, the penal sum of the bond is equal to or more than $500.00, and such bond was issued pursuant to the Interstate Commerce Act, a federal statute.

6.    Venue is appropriate as the Bond was issued pursuant to the regulations of the United States Federal Highway Administration, which agency is located in Washington, D.C.

## III. PARTIES

7.    Plaintiff in interpleader, RLI, is an Illinois corporation with a principal place of business located at 9025 North Lindbergh Drive, Peoria, Illinois 61615.

8.    Defendant, Sams is, upon information and belief, a Mississippi corporation with a principal place of business located at 3868 Highway 61 North, Cleveland, Mississippi 38732-8726.

9

9.    Defendant, Peter Roncali, is an individual with, upon information and belief, a principal residence located at 489 Parker Bayou Road, Shaw, MS 38773.

10.    Defendant, All-Star Transportation, Inc., with a last-known address of P.O. Box 37, Pacific, MO 63069, asserts a claim for unpaid freight bills totaling $2,900.00.

11.    Defendant, Altendorf Express, with a last-known address of P.O. Box 250, Minto, ND 58261, asserts a claim for unpaid freight bills totaling $1,000.00.

12.    Defendant, American Transport, Inc., with a last-known address of 100 Industry Drive, Pittsburgh, PA 15275-1014, asserts a claim for unpaid freight bills totaling $1,200.00.

13.    Defendant, Apex Capital LP, with a last-known address of 6000 Western Place, #1000, Ft. Worth, TX 76107, asserts a claim for unpaid freight bills totaling $941.00.

14.    Defendant, Avalon Express, Inc., with a last-known address of 207 W. 3rd St., Suite 205, Northfield, MN 55057, asserts a claim for unpaid freight bills totaling $1,300.00.

15.    Defendant, CBR Transport, Inc., with a last-known address of c/o Sunbelt Finance, L.L.C., P.O. Box 17000, Jonesboro, AR 72403, asserts a claim for unpaid freight bills totaling $16,585.00.

16.    Defendant, Central Carriers, Inc., with a last-known address of 2823 Hwy. 2 West, Rugby, ND 58368, asserts a claim for unpaid freight bills totaling $1,200.00.

17.    Defendant, CFC Transportation, Inc., with a last-known address of c/o First Advantage Transportation Services, P.O. Box 710, Lake Havasu City, AZ 86405-0710, asserts a claim for unpaid freight bills totaling $1,460.00.

18.    Defendant, Chicagotrans Enterprises, Inc., with a last-known address of 27 E. Hattendorf, #411, Roselle, IL 60172, asserts a claim for unpaid freight bills totaling $1,075.00.

19.     Defendant, CTC Trucking, Inc., with a last-known address of 699 S. Range Rd., Cocoa, FL 32926, asserts a claim for unpaid freight bills totaling $2,750.00.

20.     Defendant, D L K Trucking, Inc., with a last-known address of P.O. Box 848, Plover, WI 54467, asserts a claim for unpaid freight bills totaling $7,800.00.

21.     Defendant, Deeco Transportation, with a last-known address of 7833 Rickie Street, Lansing, MI 48917, asserts a claim for unpaid freight bills totaling $800.00.

22.     Defendant, Direct Transport, Ltd., with a last-known address of 460 7th Ave. NE, West Fargo, ND 58078-1061, asserts a claim for unpaid freight bills totaling $1,500.00.

23.     Defendant, DTI Logistics, Inc., with a last-known address of P.O. Box 1678, Tucker, GA 30085-1678, asserts a claim for unpaid freight bills totaling $1,250.00.

24.     Defendant, Eagle Expeditors, Inc. , with a last-known address of 2186 Chesnee Hwy, Spartanburg, SC 29303, asserts a claim for unpaid freight bills totaling $26,400.00.

25.     Defendant, Equity Transportation Company, Inc., with a last-known address of 3685 Dykstra Dr. NW, Walker, MI 49544, asserts a claim for unpaid freight bills totaling $500.00.

26.     Defendant, Gregory Logistics, Inc., with a last-known address of P.O. Box 308, 2844 Fair Street, Poplar Bluff, MO 63902, asserts a claim for unpaid freight bills totaling $1,000.00.

27.     Defendant, H&V Leasing, Inc., with a last-known address of P.O. Box 999, Newport, AR 72112, asserts a claim for unpaid freight bills totaling $800.00.

28.     Defendant, Haul-Line, Inc., with a last-known address of 8529 Arboleda Dr., El Paso, TX 79907, asserts a claim for unpaid freight bills totaling $800.00.

29.    Defendant, Huff & Puff Trucking, Inc., with a last-known address of c/o First Advantage Transportation Services, P.O. Box 710, Lake Havasu City, AZ 86405-0710, asserts a claim for unpaid freight bills totaling $900.00.

30.    Defendant, J&E Express, Inc., with a last-known address of c/o TransCredit, Inc., 9485 Regency Square Blvd., Suite 102, Jacksonville, FL 32225, asserts a claim for unpaid freight bills totaling $5,600.00.

31.    Defendant, Wiest Truck Line, Inc., with a last-known address of 8060 36th Street Southeast, Jamestown, ND 58401-9510, asserts a claim for unpaid freight bills totaling $800.00.

32.    Defendant, John R. Reed, Inc., with a last-known address of 75 Currie Road, P.O. Box 306, Dyer, TN 38330, asserts a claim for unpaid freight bills totaling $1,250.00.

33.    Defendant, J&E Trucking, Inc., with a last-known address of c/o Sunbelt Finance L.L.C., P.O. Box 17000, Jonesboro, AR 72403, asserts a claim for unpaid freight bills totaling $1,780.00.

34.    Defendant, K.A.T. Logistics, Inc., with a last-known address of 101 N. Houston, P.O. Box 714, Cameron, TX 76520, asserts a claim for unpaid freight bills totaling $1,400.00.

35.    Defendant, M&B Trucking Express Corp., with a last-known address of P.O. Box 395, Columbia Station, OH 33028, asserts a claim for unpaid freight bills totaling $3,200.00.

36.    Defendant, Marvin Keller Trucking, with a last-known address of c/o Transcredit Inc., 9485 Regency Sq. Blvd., Suite #102, Jacksonville, FL 32225, asserts a claim for unpaid freight bills totaling $1,550.00.

37.    Defendant, Mid South Transport, Inc., with a last-known address of P.O. Box 16013, Memphis, TN 38186-0013, asserts a claim for unpaid freight bills totaling $1,500.00.

38.     Defendant, Northstar Transportation Solutions L.L.C., with a last-known address of c/o First Advantage Transportation Services, P.O. Box 710, Lake Havasu City, AZ 86405-0710, asserts a claim for unpaid freight bills totaling $1,450.00.

39.     Defendant, Topper 1, with a last-known address of c/o Owner-Operator Independent Drivers Association Inc., asserts a claim for unpaid freight bills totaling $1,025.00.

40.     Defendant, Perimeter Transportation Company, L.L.C., with a last-known address of 5515 East Holmes Road, Memphis, TN 38118-7933, asserts a claim for unpaid freight bills totaling $1,150.00.

41.     Defendant, R & B Trucking of Tupelo, Inc., with a last-known address of 955 S. Eason Blvd., Tupelo, MS 38804, asserts a claim for unpaid freight bills totaling $1,350.00.

42.     Defendant, R.T. Peterson Trucking, L.L.P., with a last-known address of 401 N I-27 Hwy Bldg 13, Lubbock, TX 79403, asserts a claim for unpaid freight bills totaling $900.00.

43.     Defendant, Rivers Trucking, Inc., with a last-known address of 500 Meadowbrook Farms Rd., Green Cove Springs, FL 32043, asserts a claim for unpaid freight bills totaling $1,397.50.

44.     Defendant, Safeway Express, L.L.C., with a last-known address of Sunbelt Finance, L.L.C., P.O. Box 17000, Jonesboro, AR 72403, asserts a claim for unpaid freight bills totaling $3,500.00.

45.     Defendant, Schibi Transportation, L.L.C., with a last-known address of 1509 North Ohio Ave., Sedalia, MO 65301, asserts a claim for unpaid freight bills totaling $1,400.00.

46.     Defendant, Simple Solution Inc., with a last-known address of c/o Eagle Capital

Corporation, 4141 West Main Street, P.O. Box 4215, Tupelo, MS 38803, asserts a claim for

unpaid freight bills totaling $500.00.

47.     Defendant, Southwest Logistics, Inc., with a last-known address of P.O. Box 646,

Platteville, WI 53818, asserts a claim for unpaid freight bills totaling $500.00.

48.     Defendant, Tennessee Steel Haulers, Inc., with a last-known address of 2607

Brick Church Pike, Nashville, TN 37207, asserts a claim for unpaid freight bills totaling

$1,900.00.

49.     Defendant, Total Transportation of Mississippi, with a last-known address of 125

Riverview Drive, Richland, MS 39218, asserts a claim for unpaid freight bills totaling $2,225.00.

50.     Defendant, Trade Winds Transit, Inc., with a last-known address of 1065

Bloomfield Rd., Bardstown, KY 40004, asserts a claim for unpaid freight bills totaling $350.00

51.     Defendant, Universal Am-Can Ltd., with a last-known address of P.O. Box 2007,

Warren, MI 48090, asserts a claim for unpaid freight bills totaling $4,100.00.

52.     Defendant, Western Express, Inc., with a last-known address of c/o Roland M.

Lowell, Esquire, 7135 Centennial Place, Nashville, TN 37209, asserts a claim for unpaid freight

bills totaling $1,200.00.

53.     Defendant, Western Freightways, with a last-known address of c/o Weiss, Spencer

& Levin, 3170 North Federal Highway, Suite 100, Lighthouse Point, FL 33064, asserts a claim

for unpaid freight bills totaling $2,100.00.

54. Defendant, Wild West Transportation, Inc. , with a last-known address of c/o Eagle Capital Corporation, 4141 West Main Street, P.O. Box 4215, Tupelo, MS 38803, asserts a claim for unpaid freight bills totaling $1,600.00.

55. Defendant, Williams Trucking, with a last-known address of c/o Eagle Capital Corporation, 4141 West Main Street, P.O. Box 4215, Tupelo, MS 38803, asserts a claim for unpaid freight bills totaling $1,435.00.

56. Defendant, Landtrop Express, Inc., with a last-known address of c/o TranCentral Financial, Inc., 4284 Paysphere Circle, Chicago, IL 60674, asserts a claim for unpaid freight bills totaling $1,500.00.

57. Defendant, Pacer Transport, with a last-known address of 1229 E. Pleasant Run Rd., Ste. 300, DeSoto, TX 75115, asserts a claim for unpaid freight bills totaling $675.00.

58. Defendant, Hofmann Trucking, L.L.C., with a last-known address of P.O. Box 550, Jamestown, ND 58402, asserts a claim for unpaid freight bills totaling $4,150.00.

59. Defendant, W.C. Cooper Trucking, with a last-known address of 2268 Roberts Road, Carthage, MS 39051, asserts a claim for unpaid freight bills totaling $1,750.00.

60. Defendant, J.M. Express, Inc., with a last-known address of 401 Somerville Avenue, Chattanooga, TN 37405, asserts a claim for unpaid freight bills totaling $750.00.

61. Defendant, HMD Trucking, Inc., with a last-known address of 10031 Virginia Avenue, Chicago Ridge, IL 60415, asserts a claim for unpaid freight bills totaling $2,125.00.

62. Defendant, Charles Evans Trucking, with a last-known address of P.O. Box 306, Wiggins, MS 39577, asserts a claim for unpaid freight bills totaling $1,300.00.

63.    Defendant, Goolsby Trucking Co., Inc., with a last-known address of 1218 W. Bankhead Street, New Albany, MS 38652, asserts a claim for unpaid freight bills totaling $3,500.00.

64..    Defendant, Black Thunderbird Trucking, with a last-known address of 15038 N. 150th Land., Surprise, AZ 85379, asserts a claim for unpaid freight bills totaling $1,300.00.

65.    Defendant, Long Haul Delivery Service, with a last-known address of 5555 Brazoria Dr., Grand Prairie, TX 75052, asserts a claim for unpaid freight bills totaling $2,000.00.

66.    Defendant, Dedicated Transportation, L.L.C., with a last-known address of 9177A Hwy 182, Opelousas, LA 70570, asserts a claim for unpaid freight bills totaling $1,000.00.

67.    Defendant, Abbott Freight, Inc., with a last-known address of 105 W. Alameda Avenue, Suite 216, Burbank, CA 91502, asserts a claim for unpaid freight bills totaling $1,750.00.

68.    Defendant, Big M. Transportation, Inc., with a last-known address of P.O. Box 8, Hickory Flat, MS 38633, asserts a claim for unpaid freight bills totaling $2,900.00.

69.    Defendant, ADS Trucking, Inc., with a last-known address of 6344 Tramore Lane, Rockford, IL 61107, asserts a claim for unpaid freight bills totaling $2,000.00.

70.    Defendant, Landforce Express Corp., with a last-known address of 15402 W. Sage Street, Victorville, CA 92392, asserts a claim for unpaid freight bills totaling $2,650.00.

71.    Defendant, First Trucking, Inc., with a last-known address of 8001B NW 64th Street, Miami, FL 33166, asserts a claim for unpaid freight bills totaling $1,400.00.

72.    Defendant, Century Carriers Inc., with a last-known address of 2401 Clements Rd., Cottondale, AL 35453, asserts a claim for unpaid freight bills totaling $1,300.00

73. Defendant, McGriff Transportation, Inc., with a last-known address of 86 Walnut Street, Cullman, AL 35055 asserts a claim for unpaid freight bills totaling $2,750.00.

74. Defendant, Dango Express, Inc., with a last-known address of P.O. Box 41658, Bakersfield, CA 93384, asserts a claim for unpaid freight bills totaling $6,600.00.

75. Defendant, Special Delivery Xpress, Inc., with a last-known address of 9605 Lilac, St. Louis, MO 63137, asserts a claim for unpaid freight bills totaling $1,300.00.

76. Defendant, D&S Haulers, LLC, with a last-known address of 3 County Road 431, Water Valley, MS 38965, asserts a claim for unpaid freight bills totaling $800.00.

77. Defendant, Dedicated Transportation, LLC, with a last-known address of 9177A HWY 182, Opelousas, LA 70570, asserts a claim for unpaid freight bills totaling $1,000.00.

## IV. STATEMENT OF FACTS

78. RLI issued the Bond on behalf of Sams on or about February 5, 2007, and continued in effect until it was cancelled by RLI on January 30, 2008.

79. As required by Section 211c of the Interstate Commerce Act, the Bond was issued on behalf of Sams for the benefit of any and all motor carriers or shippers to whom Sams may be legally liable for the damages described in the Bond.

80. In partial consideration for the issuance of the Bond, Sams and Roncali agreed to indemnify and hold harmless RLI from all losses, costs and expenses incurred, including the attorneys fee incurred in this action, as a result of issuing the Bond for Sams. A true copy of the written agreement of indemnity (Indemnity Agreement) is attached as Exhibit A.

17

## V.    COUNT ONE

### (Interpleader)

81.    RLI repeats each of the allegations of Paragraphs 1 through 71 inclusive of the Complaint in Interpleader.

82.    Each of the claimant defendants has asserted a claim with RLI against the Bond.

83.    Each of those claims allegedly involved damages to motor carriers or shippers caused by Sams while acting as a licensed broker of transportation within the period covered by the Bond.

84.    These claims are adverse and conflicting and exceed the penal sum of the Bond.

85.    RLI is unable to determine the respective interests of the claimant defendants in the proceeds of the Bond and has no adequate remedy at law.

86.    RLI does not vouch for the validity of any of the claims asserted by the claimant defendants against the Bond and RLI calls upon each of the claimant defendants to make proof of same before this Court.

87.    Concurrent with the filing of this Complaint for Interpleader, RLI has moved this Court for an Order allowing RLI it to deposit into the Court Registry the sum of Ten Thousand Dollars ($10,000.00), representing the entire penal sum of the Bond.

## VI.  COUNT II

### (Indemnity)

88.    RLI repeats each of the allegations of Paragraphs 1 through 78 inclusive of the Complaint in Interpleader.

18

89.    In partial consideration for the issuance of the Bond by RLI, Sams and Roncali agreed to indemnify and hold harmless RLI from all claims, damages, losses, costs and expenses, incurred by RLI as a result of issuance of the Bond, including the fees, costs and expenses of this action.

90.    RLI has incurred damages, losses, costs and expenses in connection with the Bond issued on behalf of Sams.

91.    Sams and Roncali have breached their obligations to RLI by failing to indemnify and hold harmless RLI.

92.    As a result of this breach, RLI has been immediately and directly damaged in an amount to be determined, and is entitled to recover that amount, together with interest, costs, and attorneys' fees.

## VII.  COUNT III

### (Common Law Indemnity)

93.    RLI repeats each of the allegations of Paragraphs 1 through 83 inclusive of the Complaint in Interpleader.

94.    RLI has acted as surety on behalf of Sams in connection with the Bond, has expended funds in its capacity as surety, and has incurred losses, costs and expenses, including attorneys fees, as a result of issuing the Bond on behalf of Sams.

95.    As a result, RLI is entitled to reimbursement from Sams for the losses, costs, and expenses incurred by RLI in connection with the Bond.

96.    Accordingly, RLI is entitled to judgment based upon its common law rights to reimbursement as a surety for Sams.

19

## VIII.  REQUESTS FOR RELIEF

**WHEREFORE,** plaintiff, RLI prays as follows:

1.    As to Count I, that this Court issue process to all of the claimant defendants in the Complaint for Interpleader, citing them to appear and to plead their conflicting claims;

2.    That this Court, in accordance with 28 U.S.C. § 2361 and in the exercise of this Court's general equitable powers, enter an Order restraining the claimant defendants and each of them and their respective officers, directs, employees, agents, servants, representatives, assigns, attorneys, and any other person acting or purporting to act for them with actual notice of the Court's Order from instituting or prosecuting any proceeding in any state court or United States District Court in any action affecting the Bond or the proceeds until further order of this Court;

3.    That, upon hearing, the claimant defendants be required to interplead and settle between them;

4.    That, upon motion to the Court, RLI be discharged of all further liability;

5.    That RLI be awarded its reasonable attorneys' fees and court costs after adequate proof;

6.    That RLI's attorneys' fees and administrative costs be paid out of the proceeds of the Bond, such payment to be made prior to any award being made to any of the prevailing claimant Defendants;

7.    As to Count II, that this Court enter judgment in favor of RLI and against Sams and Roncali in an amount to be determined, but not less than RLI's damages, losses, costs and expenses, including its attorneys' fees, less any credits due and less any amounts recovered by RLI from the Bond proceeds;

20

8. As to Count III, that this Court enter judgment in favor of RLI and against Sams in an amount to be determined, but not less than RLI's damages, losses, costs and expenses, including its attorneys' fees, less any credits due and less any amounts awarded to RLI from the Bond proceeds;

9. That RLI be granted such other and further relief as this Court may deem just and proper.

Respectfully submitted,

RLI Insurance Company,
By its attorneys:

_Valerie Elizabeth Powell_

Eric R. Stanco
(D.C. Bar No. 456896)
Valerie Elizabeth Powell
(D.C. Bar No. 474117)
Stanco & Associates
126 C Street, N.W.
Washington, D.C. 20001
(202) 331-8822
(202) 331-9705 (facsimile)

21



FORM 01

# ALL PURPOSE APPLICATION

For Office Use Only

| | |
|---|---|
| APPLICANT INFORMATION | Applicant (for partnership, give full names of partners and trade name): Sams Transportation Services Inc. — Soc. Security No. (each applicant): 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 — Date of Birth: 9/28/54 |
| Address | P.O. Box 496 (City) Shaw (State) MS (Zip) 38773 — Married / Single — Individual / Partnership / Corporation |
| Nature of Business | Truck — Occupation: Brokerage — How long in business: 12 yrs. — Claim + no longer writing |
| BOND INFORMATION | Type of Bond: Surety — Amount of Bond: $10,000 — Effective Date |
| Company Name and Address of Employer | Pete Joncalli 499 Porter Bayou Road Shaw, MS 38773 |
| PERSONAL IDENTIFICATION | Check reverse side of application to see whether Financial Statement is necessary. Where required, attach current Financial Statement or complete the following Financial Statement of Applicant as of |

Signed this ____ Day of ____

Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false, incomplete, or misleading information, or conceals information concerning any material fact thereto, commits a fraudulent insurance act, which is a crime.

[signature] 1/5/07

08-695
JR

**CIVIL COVER SHEET**

JS-44
(Rev.1/05 DC)

---

**I (a) PLAINTIFFS**

RLI INSURANCE COMPANY
9025 North Lindbergh Drive
Peoria, IL 61615

88668

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF    Peoria
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Eric R. Stanco
Valerie Elizabeth Powell
Stanco & Associates
126 C Street, N.W.
Washington, D.C. 20001
(202) 331-8822

**DEFENDANTS**

SAMS TRANSPORTATION SERVICES, INC.,
a/k/a SAMS TRANSPORTATION
SERVICES, INC.,
3368 Highway 61 North,
Cleveland, MS 38732-8726.

IETAC

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF

Case: 1:08-cv-00695
Assigned To : Robertson, James
Assign. Date : 4/23/2008
Description: Contract

---

**II. BASIS OF JURISDICTION**
(PLACE an x IN ONE BOX ONLY)

○ 1 U.S. Government
Plaintiff

○ 2 U.S. Government
Defendant

○ 3 Federal Question
(U.S. Government Not a Party)

Ⓧ 4 Diversity
(Indicate Citizenship of
Parties in item III)

**III CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE an x IN ONE BOX
FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | Ⓧ 5 | Ⓧ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

---

**IV. CASE ASSIGNMENT AND NATURE OF SUIT**
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

○ **A. Antitrust**

☐ 410 Antitrust

○ **B. Personal Injury/ Malpractice**

☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

○ **C. Administrative Agency Review**

☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)
Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If
Administrative Agency is Involved)

○ **D. Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may
be selected for this category of case
assignment.

*(If Antitrust, then A governs)*

---

○ **E. General Civil (Other)**    OR    ○ **F. Pro Se General Civil**

Real Property
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

Personal Property
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

Bankruptcy
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

Prisoner Petitions
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

Property Rights
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

Federal Tax Suits
☐ 870 Taxes (US plaintiff or
defendant
☐ 871 IRS-Third Party 26
USC 7609

Forfeiture/Penalty
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure
of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational
Safety/Health
☐ 690 Other

Other Statutes
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC
Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced &
Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/
Exchange
☐ 875 Customer Challenge 12 USC
3410
☐ 900 Appeal of fee determination
under equal access to Justice
☐ 950 Constitutionality of State
Statutes
☐ 890 Other Statutory Actions (if
not administrative agency
review or Privacy Act

69

| ○ **G.** *Habeas Corpus/* 2255 | ○ **H.** *Employment Discrimination* | ○ **I.** *FOIA/PRIVACY ACT* | ○ **J.** *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment<br>(criteria: race, gender/sex,<br>national origin,<br>discrimination, disability<br>age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions<br>(if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted<br>Student Loans<br>(excluding veterans) |

| ○ **K.** *Labor/ERISA (non-employment)* | ○ **L.** *Other Civil Rights (non-employment)* | ⊗ **M.** *Contract* | ○ **N.** *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting &<br>Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights<br>Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-<br>Employment<br>☐ 446 Americans w/Disabilities-<br>Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment &<br>Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of<br>Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☒ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting<br>(if Voting Rights Act) |

**V. ORIGIN**

◉ 1 Original Proceeding  ○ 2 Removed from State Court  ○ 3 Remanded from Appellate Court  ○ 4 Reinstated or Reopened  ○ 5 Transferred from another district (specify)  ○ 6 Multi district Litigation  ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

28 U.S.C. Secs. 1335 and 1352 statutory interpleader and diversity; RLI seeks indemnification for payment of adverse bond claims

| **VII. REQUESTED IN COMPLAINT** | ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 | **DEMAND $** 10,000.00<br>**JURY DEMAND:** | Check YES only if demanded in complaint<br>YES ☐  NO ☒ |
|---|---|---|---|

| **VIII. RELATED CASE(S) IF ANY** | (See instruction)  YES ☐  NO ☒ | If yes, please complete related case form. |
|---|---|---|

DATE 4/22/2008 / 23     SIGNATURE OF ATTORNEY OF RECORD   *Valerie Elizabeth Powell*

---

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.   COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.  CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.  CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.  CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.  RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.