UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RLI INSURANCE COMPANY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. |
| SAMS TRANSP. SERVICES, INC., *ET AL.*, | ) ) ) |
| Defendants. | ) ) |

**RULE 26.1 CERTIFICATE OF DISCLOSURE
OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS**

I, Valerie Elizabeth Powell, counsel of record for RLI Insurance Company (RLI), certify that, to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of RLI which have any outstanding securities in the hands of the public: None.

These representations are made in order that the Judges of this Court may determine the need for recusal.

Respectfully submitted,

*Valerie Elizabeth Powell*
Valerie Elizabeth Powell
(D.C. Bar No. 474117)
Stanco & Associates
126 C Street, N.W.
Washington, D.C. 20001
(202) 331-8822
(202) 331-9705 (facsimile)