UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RLI INSURANCE COMPANY,           )<br>                                  )<br>         Plaintiff,               )<br>                                  )<br>v.                                )   Civil Action No.<br>                                  )<br>SAMS TRANSP. SERVICES, INC., *ET AL.*, )<br>                                  )<br>         Defendants.              )<br>                                  ) | 08 0695 (JR)<br>**FILED**<br>MAY 5 2008<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

### ORDER

Upon consideration of the Motion and supporting Memorandum submitted by Plaintiff, RLI Insurance Company, and the entire record in this matter, it is hereby

**ORDERED** that plaintiff's Motion Pursuant to FRCP 67 to Deposit Funds Into the Registry of the Court be and hereby is GRANTED; and it is

**FURTHER ORDERED** that the Clerk of the Court shall accept and deposit into the Registry of the Court a check received from RLI Insurance Company in the amount of $10,000.00.

SO ORDERED this 25th day of April 2008.

_____
James Robertson
United States District Judge

