

February 28, 2008

US District Court for the District of Columbia
333 Constitution Avenue NW, Room 1825
Washington, DC 20001

Case No. 1:08-cv-00695

RLI Insurance Company, Plaintiff
vs. Sams Transportation Services Inc, Defendants

TransCredit, Inc., 9485 Regency Square Blvd, Suite 102, Jacksonville, FL 32225 hereby answers the Summons of the Court on behalf of its Client(s), Marvin Keller Trucking Inc, Sullivan, IL.

Please accept this as our withdrawal of any and all claims named in the interpleader; specifically the $1,550.00 claim listed therein.

Respectfully yours,

*Tina Kincaid*
Tina Kincaid
Director of Collections

cc: I certify that a copy hereof has been served by US Mail upon:
Eric R Stanco, Esquire & Valerie Elizabeth Powell, Esquire, Attorney for RLI Insurance Company
Stanco & Associates
126 C Street NW
Washington, DC 20001

**RECEIVED**

MAY 5 - 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

TransCredit Inc.
www.TransCredit.com
9485 Regency Square Blvd.
Suite 102, Jacksonville, FL 32225
phone: 800-215-8448 • fax: 904-725-1941