UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RLI INSURANCE COMPANY,        ) | |
|                                ) | |
|    Plaintiff,                  ) | |
|                                ) | Civil Action No. 1:08-cv-00695(JR) |
|    v.                          ) | |
|                                ) | |
| SAMS TRANSP. SERVICES, INC., *ET AL.*, ) | |
|                                ) | |
|    Defendants.                 ) | |

## APPEARANCE

To the Clerk of this court and all parties of record:

Please entered the appearance of Paul D. Cullen, Jr., as counsel in this case for Defendant Topper 1.

Date:  May 19, 2008

_____
Paul D. Cullen, Jr.
D.C. Bar No.: 463759
The Cullen Law Firm, PLLC
1101 30th Street NW, Suite 300
Washington, DC 20007
(202) 944-8600
Counsel for Defendant Topper 1