UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RLI INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>        v.<br><br>SAMS TRANSP. SERVICES, INC., *ET AL.*,<br><br>    Defendants. | Civil Action No. 1:08-cv-00695(JR) |

## RULE 26.1 CERTIFICATE OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

I, Paul D. Cullen, Jr., counsel of record for Topper 1, certify that, to the best of my knowledge and belief, there are no parents companies, subsidiaries or affiliates of Topper 1 which have any outstanding securities in the hands of the public.

These representations are made in order that the Judges of this Court may determine the need of recusal.

Respectfully submitted,

*/s/ Paul D. Cullen, Jr.*

Paul D. Cullen, Jr.
D.C. Bar No.: 463759
The Cullen Law Firm, PLLC
1101 30th Street NW, Suite 300
Washington, DC 20007
(202) 944-8600
Counsel for Defendant Topper 1