UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RLI INSURANCE COMPANY,           )<br>                                  )<br>                                  )<br>     Plaintiff,                  )<br>                                  )  Civil Action No. 1:08-cv-00695(JR)<br>     v.                          )<br>                                  )<br>                                  )<br>SAMS TRANSP. SERVICES, INC., *ET AL.*, )<br>                                  )<br>     Defendants.                  )<br>                                  ) | |

### UNOPPOSED MOTION TO ENLARGE TIME TO ANSWER OR OTHERWISE RESPOND TO SUMMONS AND COMPLAINT

Defendant Topper 1 moves for an enlargement of time until June 19, 2008, to answer or otherwise respond to the Summons and Complaint in this action. In support of this motion, Topper 1 states:

1. On April 28, 2008, a Summons signed and dated by this Court's Clerk on April 23, 2008, and a copy of the Complaint in this action were received by Certified Mail. Topper 1 calculates that, assuming personal service of process under Fed. R. Civ. P. 4 (c) was effective, the current 20 day deadline to answer would be May 19, 2008. Assuming a waiver of personal service under Fed. R. Civ. P. 4 (d) was effective, the 60 day deadline would be June 27, 2008.

2. Under LCvR 7(m), counsel for Topper 1 conferred with Valerie Elizabeth Powell, counsel for Plaintiff RLI Insurance Company, on May 9, 2008. Ms. Powell consented to the

enlargement of time requested in this motion.

3. Under LCvR 7(c) a proposed form order accompanies this motion.

Respectfully submitted,

*/s/ Paul D. Cullen, Jr.*

Paul D. Cullen, Jr.
D.C. Bar No.: 463759
The Cullen Law Firm, PLLC
1101 30th Street NW, Suite 300
Washington, DC 20007
(202) 944-8600
Counsel for Defendant Topper 1

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th of May, 2008, on behalf of Defendant Topper 1, I served: an Appearance of Counsel, Rule 26.1 Certificate of Disclosure of Corporate Affiliations and Financial Interest, Unopposed Motion to Enlarge Time to Answer or Otherwise Respond to Summons and Complaint and proposed Order electronically on the counsel listed below who have made an appearance in this action as of 3:10 p.m. Monday, May 19, 2008, and by U.S. Postal Service to the other parties listed in the Complaint and listed below.

_____
Paul D. Cullen, Jr.
D.C. Bar No.: 463759


**Counsel Served Electronically:**

Eric R. Stanco, Esquire
Valerie Elizabeth Powell, Esquire
Stanco & Associates
126 C Street, N.W.
Washington, DC  20001
VEPOWELL@SURETYLAW.COM
Counsel to RLI Insurance Company

**Parties Served by U.S. Postal Service:**

Sam's Transportation Services, Inc.
a/t/a  Sams Transportation, Services, Inc.
3868 Highway 61 North
Cleveland, MS 38732-8726

Peter Roncali
489 Parker Bayou Road
Shaw, MS 38773

All-Start Transportation Inc.
P.O. Box 37
Pacific, MO 63069

Alterndorf Express
P.O. Box 250
Minto, ND 58261

American Transport, Inc.
100 Insdustry Drive
Pittsburgh, PA 15275-1014

Apex Capital LP
6000 Western Place, Suite 1000
Ft. Worth, TX 76107

Avalon Express, Inc.
207 W. 3rd Street, Suite 205
Northfield, MN 55057

CBR Transport, Inc.
c/o Sunbelt Finance, L.L.C.
P.O. Box 17000
Jonesboro, AR 72403

Central Carriers, Inc.
2823 Hwy. 2 West
Rugby, ND 58368

CFC Transportation, Inc.
c/o First Advantage Transportation Services
P.O. Box 710
Lake Havasu City, AZ 86405-0710

Chicagotrans Enterprises, Inc.
27 E. Hattendorf, Suite 411
Roselle, IL 60172

CTC Trucking, Inc.
699 S. Range Road
Cocoa, FL 32926

DLK Trucking, Inc.
P.O. Box 848
Plover, WI 54467

Deeco Transportation
7833 Rickie Street
Lansing, MI 48917

Direct Transport, Ltd.
460 7th Avenue NE
West Fargo, ND 58078-1061

DTI Logistics, Inc.
P.O. Box 1678
Tucker, GA 30085-1678

Eagle Expeditors, Inc.
2186 Chesnee Hwy.
Spartanburg, SC 29303

Equity Transportation Company, Inc.
3685 Dykstra Drive, NW
Walker, MI 49544

Gregory Logistics, Inc.
P.O. Box 308, 2844 Fair Street
Poplar Bluff, MO 63902

H&V Leasing, Inc.
P.O. Box 999
Newport, AR 72112

Haul-Line, Inc.
8529 Arboleda Drive
El Paso, TX 79907

Huff & Puff Trucking, Inc.
c/o First Advantage Transportation Services
P.O. Box 710
Lake Havasu City, AZ 86405-0710

J&E Express, Inc.
c/o TransCredit, Inc.
9485 Regency Square Blvd., Suite 102
Jacksonville, FL 32225

Wiest Truck Line, Inc.
8060 36th Street Southeast
Jamestown, ND 58401-9510

John R. Reed, Inc.

75 Currie Road, P.O. Box 306
Dyer, TN 38330

J&E Trucking, Inc.
c/o Sunbelt Finance, L.L.C.
P.O. Box 17000
Jonesboro, AR 72403

K.A.T. Logistics, Inc.
101 N. Houston, P.O. Box 714
Cameron, TX 76520

M&B Trucking Express Corp.
P.O. Box 395
Columbia Station, OH 33028

Marvin Keller Trucking
c/o TransCredit, Inc.
9485 Regency Square Blvd., Suite 102
Jacksonville, FL 32225

Mid South Transport, Inc.
P.O. Box 16013
Memphis, TN 38186-0013

Northstar Transportation Solutions L.L.C.
c/o First Advantage Transportation Services
P.O. Box 710
Lake Havasu City, AZ 86405-0710

Perimeter Transportation Company, L.L.C.
5515 East Holmes Road
Memphis, TN 38118-7933

R&B Trucking of Tupelo, Inc.
955 S. Eason Blvd.
Tupelo, MS 38804

R.T. Peterson Trucking, L.L.P.
401 N I-27 Hwy., Bldg 13
Lubbock, TX 79403

Rivers Trucking, Inc.
500 Meadowbrook Farms Road
Green Cove Springs, FL 32043

Safeway Express, L.L.C.
c/o Sunbelt Finance, L.L.C.
P.O. Box 17000
Jonesboro, AR 72403

Schibi Transportation, L.L.C.
1509 North Ohio Avenue
Sedalia, MO 65301

Simple Solution Inc.
c/o Eagle Capital Corporation
4141 West Main Street,
 P.O. Box 4215
Tupelo, MS 38803

Southwest Logistics, Inc.
P.O. Box 646
Platteville, WI 53818

Tennessee Steel Haulers, Inc.
2607 Brick Church Pike
Nashville, TN 37207

Total Transportation of Mississippi
125 Riverview Drive
Richland, MS 39218

Trade Winds Transit, Inc.
1065 Bloomfield Road
Bardstown, KY 40004

Universal Am-Can Ltd.
P.O. Box 2007
Warren, MI 48090

Western Express, Inc.
c/o Roland M. Lowell, Esq.
7135 Centennial Place
Nashville, TN 37209

Western Freightways
c/o Weiss Spencer & Levin
3170 North Federal Highway, Suite 100
Lighthouse Point, FL 33064

Wild West Transportation, Inc.
c/o Eagle Capital Corporation
4141 West Main Street,
P.O. Box 4215
Tupelo, MS 38803

Williams Trucking
c/o Eagle Capital Corporation
4141 West Main Street,
P.O. Box 4215
Tupelo, MS 38803

Landtrop Express, Inc.
c/o TranCentral Financial, Inc.
4284 Paysphere Circle
Chicago, IL 60674

Pacer Transport
1229 E. Pleasant Run Road, Suite 300
DeSoto, TX 75115

Hofmann Trucking L.L.C.
P.O. Box 550
Jamestown, ND 58402

W.C. Cooper Trucking
2268 Roberts Road
Carthage, MS 39051

J.M. Express, Inc.
401 Somerville Avenue
Chattanooga, TN 37405

HMD Trucking, Inc.
10031 Virginia Avenue
Chicago Ridge, IL 60415

Charles Evans Trucking
P.O. Box 306
Wiggins, MS 39577

Goolsby Trucking Co., Inc.
1218 W. Bankhead Street
New Albany, MS 38652

Black Thunderbird Trucking
15038 N. 150th Land
Surprise, AZ 85379

Long Haul Delivery Service
5555 Brazoria Dr.
Grand Prairie, TX 75052

Dedicated Transportation, L.L.C.
9177A Hwy 182
Opelousas, LA 70570

Abbott Freight, Inc.
105 W. Alameda Avenue, Suite 216
Burbank, CA 91502

Big M. Transportation, Inc.
P.O. Box 8
Hickory Flat, MS 38633

ADS Trucking, Inc.
6344 Tramore Lane
Rockford, IL 61107

Landforce Express Corp.
15402 W. Sage Street
Victorville, CA 92392

First Trucking, Inc.
8001B NW 64th Street
Miami, FL 33166

Century Carriers Inc.
2401 Clements Road
Cottondale, AL 35453

McGriff Transportation, Inc.
86 Walnut Street
Cullman, AL 35055

Dango Express, Inc.
P.O. Box 41658
Bakersfield, CA 93384

Special Delivery Xpress, Inc.
9605 Lilac
St. Louis, MO 63137

D&S Haulers, LLC
3 County Road 431
Water Valley, MS 38965

Dedicated Transportation, L.L.C.
9177A Hwy 182
Opelousas, LA 70570

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RLI INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>SAMS TRANSP. SERVICES, INC., *ET AL.*,<br><br>Defendants. | Civil Action No. 1:08-cv-00695(JR) |

**ORDER RE: UNOPPOSED MOTION TO ENLARGE TIME TO ANSWER
OR OTHERWISE RESPOND TO SUMMONS AND COMPLAINT**

The Court has reviewed Defendant Topper 1's UNOPPOSED MOTION TO ENLARGE TIME TO ANSWER OR OTHERWISE RESPOND TO SUMMONS AND COMPLAINT, finds good grounds for the relief requested, and GRANTS that Motion. Topper 1 has until June 19, 2008, to answer or otherwise respond to the Summons and Complaint.

SO ORDERED this _____ day of May 2008.

_____
The Honorable James Robertson
United States District Judge