# Charles Evans Trucking, Inc.

Post Office Box 306 • 142 East Pine Street • Wiggins, Mississippi 39577-0306
Toll Free 800-382-4158 • Office 601-928-3770 • Fax 601-928-2333

May 9, 2008

U.S. District Court for the District of Columbia
Attn: Attorney Admissions
333 Constitution Avenue NW, Room 1825
Washington, DC 20001

Sir:

In regards to Civil Action No. 08 0695 which reads RLI Insurance Company versus several plaintiffs. Charles Evans Trucking, Inc. is listed as one of the plaintiffs.

As an individual corporation I do not choose to have my attorney spend money on filing for a claim that I am covered by on a trustee bond. Sams Transportation was covered by the trustee bond which was to protect my company in case I did not receive payment on my freight invoice.

I understand that the claims are too numerous for full payouts but, I would like to be recognized to receive my portion on a partial cents on dollar pay out.

Please accept this as my claim answer to submit my $1300.00 for payment and be represented in court

Sincerely,
Charles Evans Trucking, Inc.

Steven Evans, Vice President

```
CHARLES EVANS TRUCKING,                ******  I N V O I C E  ******
P.O. BOX 306
WIGGINS, MS 39577              NO.       :  84423
601-928-3770                   INVOICED  :  01/02/08
                               B/L NO.   :  54700
                               SHIPPED   :  12/27/07


BILL TO:
                               SHIPPER   :
SAMS TRANSPORTATION SERVICES              A & E LOGISTICS
                                          EL PASO, TX
P O BOX 496
SHAW, MS 38773-0496            CONSIGNEE:
                                          DELTA LOGISTICS
                                          CLEVELAND, MS


DRV/CARR    TRACTOR     TRAILER     DELIVERED   SHIPPER NO
4153        4153        9903        12/29/07    274107
-------------------------------------------------------------------
PIECES      DESCRIPTION             MILES   WEIGHT    RATE      AMOUNT
-------------------------------------------------------------------


            FAK                                     1150.0000   1,150.00
                                                    FLAT


 1.00   F       FUEL SURCHARGE                       150.00      150.00




                                              TOTAL DUE      $1300.00

            PAYMENT DUE UPON RECEIPT.   THANK YOU.
```

# Rate Confirmation

**SAMS TRANSPORTATION SERVICES, INC**
P.O. BOX 496
SHAW, MS 38773

12/27/2007 8:26:15 AM     Fax: 662-846-9099  Local: 662-846-9006  Toll Free: 800-992-4163     Page 1 of 1

**To:** CHARLES G EVANS TRUCKING

**Phone 800-382-4158     Fax: 601-928-2333**

Special Instructions:

|  |  |
|---|---|
|  | FLAT: $1,300.00 |
|  | **Gross Pay   $1,300.00** |

Please sign and fax back to: 662-846-9099
Quick Ref: SAMS TRANSPORTATION SERVICES, INC
Quick Phone: 800-992-4163

**Please Refer To This # On Invoice: 274107**

| Shipper | Phone | Pick # | Pcs | Wgt | Date | Time |
|---|---|---|---|---|---|---|
| A & E LOGISTICS<br>3320 LUNAR DRIVE<br>EL PASO, TX 38109 | 915-858-5200 | | | | 12/27/2007 | |

Description:

| Receiver | Phone | PO # | Pcs | Wgt | Date | Time |
|---|---|---|---|---|---|---|
| DELTA LOGISTICS<br>3868 HWY 61 NORTH<br>CLEVELAND, MS 38732 | 800-992-4163 | | | | 12/29/2007 | |

Description:

1) ALL DRIVERS MUST CALL FOR DISPATCH!!
2) WE REQUIRE A CHECK CALL FROM ALL DRIVERS BETWEEN 8AM TO 10AM CENTRAL, OR $50 FINE WILL BE IMPOSED!
3) PLEASE REFER TO "PRO NO" ON BILLING, MUST HAVE ORIGINAL BILL OF LADINGS RETURNED WITH INVOICES TO SAM'S TRANSPORTATIONS SERVICES, INC. INVOICES WILL BE PAID 30 DAYS FROM THE DATE WE RECEIVE ORIGINAL BILL OF LADINGS
4)***DO NOT SEND YOUR TRK TO LOAD BEFORE THIS IS SIGNED AND FAXED TO SAM'S TRANSPORTATION
CARRIER AGREES FOR THE ABOVE RATE CARRIER WILL PERFORM TRANSPORT SERVICES FOR SAMS TRANSPORTATION. CARRIER AGREES AND UNDERSTANDS THAT THIS CONTRACT IS NOT A "TRIP LEASE" AND THAT CARRIER IS AN "INDEPENDENT CONTRACTOR" WITH ITS OWN ICC OPERATING AUTHORITY. CARRIER UNDERSTANDS THAT ALL PERMITS AND TAXES ARE ITS SOLE RESPONSIBILITY. CARRIER AGREES THAT IT MAINTAINS ITS OWN CURRENT CARGO, LIABILITY, AND COMP INSURANCE. AN ORIGINAL CERTIFICATE OF INS. NAMING SAM'S TRANSPORTATION AS A CERT. HOLDER, A COPY OF ICC AUTH. AND THIS CONTRACT MUST BE ON FILE BEFORE PAYMENT DATE!
***DRIVER MUST FAX BOL AND POD WITHIN 2 HOURS OF DELIVERY OR LOAD IS SUBJECT TO $50.00 FINE PER DAY***

| Special:<br>Commodity:<br>Equipment: | Truck # :<br>Trailer #:<br>Driver:<br>Cell # : | Customs Brk:<br>Phone:<br>Instructions: |
|---|---|---|
| Signature: _Linda Bradford_<br>Name: _Linda Bradford_<br>Please sign and fax back to: 662-846-9099 | | Title: _Freight OPS_<br>Date: _12/27/07_ |
| For office use only:<br>Quick Ref: CHARLES G EVANS TRUCKING<br>Quick Ref: | Broker Sig _Tammy Owens_<br>Please Refer To This # On Invoice: 274107 | |

Dr. Dispatch Software - www.drdispatch.com

_Pete @ 662-846-9006_

_James Hancock_
_4153-9903_

**Key Plastics, Inc.**
21750 Haggerty Rd.   Novi, Michigan   48167
Phone: 248-449-6100   Fax: 449-6198

**UNIFORM STRAIGHT BILL OF LADING – SHORT FORM – Original – Not Negotiable**

Sold To: 00803
Visteon – Nissan Accounting
P.O. Box 5270
Livonia, MI

Ship To: 03
Visteon-Nissan
351 Nissan Way
Canton, MS 39046

| Our Supplier Code | Plant | Dock | Col/Prepaid P.O.# |
|---|---|---|---|
| 000100900 | | MARKET | Collect |

| Qty Shipped | Your Item Number / Your P.O. Number / Our Item Number | Item Description / Our Shipper / Delivery Order Number | | |
|---|---|---|---|---|

(Line items illegible)

Received Good June
12-29-07
Delta Logistics

Key Plastics, Inc.
(Signature of Consignor)

KEY AUTOMOTIVE Group
Key Plastics de Mexico
21700    Haggerty Rd.    Novi, Michigan    48167
Phone: 449-6100    Fax: 449-6198

TRUCKER COPY

UNIFORM STRAIGHT BILL OF LADING - SHORT FORM - Original - Not Negotiable

Sold To: 00892
Visteon - Nissan Accounting
P.O. Box 5070
Livonia    MI    48151-____
USA

Ship To: 00
Visteon-Nissan
___ nissan way
canton    MS    39046
USA

Our Supplier Code: _____    Dock: MARKET    Col/Prep: Collect
000010940

Qty Shipped    Your Item Number    Item Description
               Your P.O. Number    Qty Shipped
               Our Item Number    Delivery Note Number

Skids Cont. Description of Articles
        Marks & Exceptions

    1 LADING CLASS MISSING

Gross Weight    0.00 lbs    0.00 Net Weight

Subject Section 7 of Conditions of applicable bill of lading,
this shipment is to be delivered to the consignee without recourse
on the consignor, the consignor shall sign the following statement

Key Plastics, Inc.
(Signature of Consignor)
If charges are to be prepaid, write or stamp here "To be prepaid"

Received $
to apply in prepayment of the charges on the property described hereon.

Agent or Cashier

Per
The signature here acknowledges only the amount prepaid.

Charges Advanced
$

*If this shipment moves between two ports by a carrier of water,
the law requires that the bill of lading shall state whether it is
"carrier's or shipper's weight."
NOTE: Where the rate is dependent on value, shippers are
required to state specifically in writing the agreed or declared
value of the property.
The agreed or declared value of the property is hereby
specifically stated by the shipper to be not exceeding

$

**TRUCKER COPY**

**UNIFORM STRAIGHT BILL OF LADING - SHORT FORM - Original - Not Negotiable**

Sold To: 00802
Visteon - Nissan Accounting
P.O. Box 5370
Livonia, MI 48151-5370
USA

Ship To: 03
Visteon-Nissan
157 Nissan Way
Canton, MS 39046
USA

| Our Supplier Code | Plant | Dock | Col/Rte | F.O. |
|---|---|---|---|---|
| 0500109942 | | NEW ADDS | COLLECT | |

Key Plastics, Inc.

Phone: 248-449-6100  Fax: 248-449-6198

21700 Haggerty Rd.        Novi, Michigan   48167
Phone: 449-0100      Fax: 449-6198

**UNIFORM STRAIGHT BILL OF LADING - SHORT FORM - Original - Not Negotiable**

Sold To: 00900
Visteon - Nissan Accounting

P.O. Box 3370

Livonia             MI
USA                 48151-3370

Ship To:
Visteon-Nissan

301 Nissan Way

Canton              MS
USA                 39046

| Our Supplier Code | Plant | Dock | Col/Pre | F.O.B |
|---|---|---|---|---|
| 000610942 | | MARKET | Collect | |

336.0010  0030000000001026772          Def grill in steel
          6500010501                   10500.0000
          2M7A-8245-BCAB               000000000

Description of Articles, Marks and Exceptions:
NO LADING CLASS MISSING

Gross Weight    18500 Tare

Key Plastics, Inc.
(Signature of Consignor)

Key Plastics, Inc.  21700 Haggerty Rd.  Novi, Michigan 48167  Phone: 248-449-0100  Fax: 248-449-6198

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

RLI INSURANCE COMPANY

**SUMMONS IN A CIVIL CASE**

V.

SAM'S TRANSPORTATION SERVICES, INC., ET AL.

Case: 1:08-cv-00695
Assigned To : Robertson, James
Assign. Date : 4/23/2008
Description: Contract

TO: (Name and address of Defendant)

Charles Evans Trucking
P.O. Box 306
Wiggins, MS 39577

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Eric R. Stanco, Esquire
Valerie Elizabeth Powell, Esquire
Stanco & Associates
126 C Street, N.W.
Washington, DC 20001

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON      APR 2 3
CLERK                           DATE

(By) DEPUTY CLERK