UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RLI INSURANCE COMPANY

    Plaintiff

    v.                                    Civil Action No. 08-695 (JR)

SAM'S TRANSPORTATION SERVICES, INC., et al.

    Defendant

## DEPOSIT OF FUNDS

```
DUPLICATE

Court Name: District of Columbia
Division: 1
Receipt Number: 4616012595
Cashier ID: lfizer
Transaction Date: 05/28/2008
Payer Name: RLI  INSURANCE
------------------------------------
TREASURY REGISTRY
 For: RLI  INSURANCE
 Case/Party: D-DCX-1-08-CV-000695-001
 Amount:          $10,000.00
------------------------------------
CHECK
 Check/Money Order Num: 504109
 Amt Tendered:    $10,000.00
------------------------------------
Total Due:       $10,000.00
Total Tendered:  $10,000.00
Change Amt:      $0.00


Only when the bank clears the
check, money order, or verifies
credit of funds, is the fee or debt
officially paid or discharged. A
$45 fee will be charged for a
returned check.
```

**RECEIVED**

MAY 2 8 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RLI INSURANCE COMPANY, )
)
Plaintiff, )
)
v. ) Civil Action No.
) 08 0695 (JR)
SAMS TRANSP. SERVICES, INC., ET AL., )
)
Defendants. )
)

RECEIVED
FINANCIAL DIVISION
MAY 0 8 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

FILED
MAY 5 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

Upon consideration of the Motion and supporting Memorandum submitted by Plaintiff, RLI Insurance Company, and the entire record in this matter, it is hereby

**ORDERED** that plaintiff's Motion Pursuant to FRCP 67 to Deposit Funds Into the Registry of the Court be and hereby is GRANTED; and it is

**FURTHER ORDERED** that the Clerk of the Court shall accept and deposit into the Registry of the Court a check received from RLI Insurance Company in the amount of $10,000.00.

SO ORDERED this 25th day of April 2008.

_____
James Robertson
United States District Judge