UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RLI INSURANCE COMPANY, </br></br> Plaintiff, </br></br> v. </br></br> SAMS TRANSP. SERVICES, INC., *et al.*, </br></br> Defendants. | ) </br> ) </br> ) </br> ) </br> ) Civil Action No. 1:08-cv-00695(JR) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) |

**APPEARANCE**

To the Clerk of this court and all parties of record:

Please entered the appearance of Paul D. Cullen, Jr., as counsel in this case for Defendants All-Star Transportation, Inc., First Trucking, Inc., J&E Express, Inc., Schibi Transportation, L.L.C, and Gregory Logistics, Inc.

Date:   June 13, 2008               /s/Paul D. Cullen, Jr.
                                    Paul D. Cullen, Jr. (D.C. Bar No. 463759)

                                    **The Cullen Law Firm, PLLC**
                                    1101 30th Street NW, Suite 300
                                    Washington, DC 20007
                                    (202) 944-8600
                                    (202) 944-8611
                                    Counsel for Defendants
                                    American Transport, Inc.
                                    All-Star Transportation, Inc.
                                    First Trucking, Inc.
                                    Gregory Logistics, Inc.
                                    J&E Express, Inc.
                                    Schibi Transportation, LLC
                                    Topper 1