UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RLI INSURANCE COMPANY, )<br>)<br>)<br>Plaintiff, )<br>) Civil Action No. 1:08-cv-00695(JR)<br>v. )<br>)<br>)<br>SAM'S TRANSP. SERVICES, INC., *et al.*, )<br>)<br>Defendants. )<br>_____) | |

**RULE 7.1 CERTIFICATE OF DISCLOSURE**
**OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST**

I, Paul D. Cullen, Jr., counsel of record for J&E Express, Inc., certify that, to the best of my knowledge and belief, there are no parents companies, subsidiaries or affiliates of J&E Express, Inc. which have any outstanding securities in the hands of the public.

These representations are made in order that the Judges of this Court may determine the need for recusal.

Date:   June 13, 2008

Respectfully submitted,

/s/ Paul D. Cullen, Jr.
Paul D. Cullen, Jr. (D.C. Bar No. 463759)

**The Cullen Law Firm, PLLC**
1101 30th Street NW, Suite 300
Washington, DC 20007
(202) 944-8600
(202) 944-8611
Counsel for Defendant
J&E Express, Inc.