UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RLI INSURANCE COMPANY, )<br>)<br>)<br>Plaintiff, )<br>) Civil Action No. 1:08-cv-00695(JR)<br>v. )<br>)<br>)<br>SAM'S TRANSP. SERVICES, INC., *et al.*, )<br>)<br>Defendants. )<br>_____) | |

## RULE 7.1 CERTIFICATE OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

I, Paul D. Cullen, Jr., counsel of record for Schibi Transportation, Inc., certify that, to the best of my knowledge and belief, there are no parents companies, subsidiaries or affiliates of Schibi Transportation, Inc. which have any outstanding securities in the hands of the public.

These representations are made in order that the Judges of this Court may determine the need for recusal.

Date:  June 13, 2008

Respectfully submitted,

/s/ Paul D. Cullen, Jr.
Paul D. Cullen, Jr. (D.C. Bar No. 463759)

**The Cullen Law Firm, PLLC**
1101 30th Street NW, Suite 300
Washington, DC 20007
(202) 944-8600
(202) 944-8611
Counsel for Defendant
Shibi Transportation, L.L.C.