Date: May 27, 2008

United States District Court
For The District of Columbia
333 Constitution Avenue, N. W.
Washington, D.C. 20001

RE: Civil Action 1:08-cv-00695(JR)

To This Honorable Court:

I am responding to this case Civil Action 1:08-cv-00695(JR) RLI Insurance Company, Plaintiff vs Sam's Transportation Service's, Inc., Defendant. It is my position that I do not confirm these debts as listed in this action. I request from this court that this action be dismissed without prejudice. RLI Insurance Company served as the Surety Bond Company for Sam's Transportation Services. In that, Sam's Transportation Service's, Inc. posted in cash a $10,000.00 bond as required by law and in that RLI Insurance Company has laid claimed this bond and the interest on this Bond, Sam's Transportation Service's, Inc. has no further indebt ness to RLI Insurance Company or any plaintiffs listed in this action.

Whereas, I have attached the list of the plaintiffs submitted in this action and that twenty one of these plaintiffs is highlighted in yellow which have been paid in full. The inaccuracy of this list in fact makes this cause for legal action null and void..

In your service,

Sam's Transportation Service's, Inc.
Pete Roncali, TB

*[Handwritten annotation: 6/16/08 Leave to file granted. /s/ JWRobertson USDJ]*

American Transport, Inc. ✓
100 Insdustry Drive
Pittsburgh, PA 15275-1014

Apex Capital LP
6000 Western Place, Suite 1000
Ft. Worth, TX 76107

Avalon Express, Inc.
207 W. 3rd Street, Suite 205
Northfield, MN 55057

CBR Transport, Inc.     — Making Payments
c/o Sunbelt Finance, L.L.C.
P.O. Box 17000
Jonesboro, AR 72403

Central Carriers, Inc.
2823 Hwy. 2 West
Rugby, ND 58368

CFC Transportation, Inc.
c/o First Advantage Transportation Services
P.O. Box 710
Lake Havasu City, AZ 86405-0710

Chicagotrans Enterprises, Inc. ✓
27 E. Hattendorf, Suite 411
Roselle, IL 60172

CTC Trucking, Inc.
699 S. Range Road
Cocoa, FL 32926

DLK Trucking, Inc. ✓
P.O. Box 848
Plover, WI 54467

Deeco Transportation
7833 Rickie Street
Lansing, MI 48917

Direct Transport, Ltd. ✓
460 7th Avenue NE
West Fargo, ND 58078-1061

DTI Logistics, Inc.
P.O. Box 1678
Tucker, GA 30085-1678

Eagle Expeditors, Inc. ✓
2186 Chesnee Hwy.
Spartanburg, SC 29303

Equity Transportation Company, Inc.
3685 Dykstra Drive, NW
Walker, MI 49544

Gregory Logistics, Inc.
P.O. Box 308, 2844 Fair Street
Poplar Bluff, MO 63902

H&V Leasing, Inc.
P.O. Box 999
Newport, AR 72112

Haul-Line, Inc. ✓
8529 Arboleda Drive ✓
El Paso, TX 79907

Huff & Puff Trucking, Inc.
c/o First Advantage Transportation Services
P.O. Box 710
Lake Havasu City, AZ 86405-0710

J&E Express, Inc.
c/o TransCredit, Inc.
9485 Regency Square Blvd., Suite 102
Jacksonville, FL 32225

Wiest Truck Line, Inc.
8060 36th Street Southeast
Jamestown, ND 58401-9510

John R. Reed, Inc.

75 Currie Road, P.O. Box 306
Dyer, TN 38330

J&E Trucking, Inc. ✓
c/o Sunbelt Finance, L.L.C.
P.O. Box 17000
Jonesboro, AR 72403

K.A.T. Logistics, Inc.
101 N. Houston, P.O. Box 714
Cameron, TX 76520

M&B Trucking Express Corp.
P.O. Box 395
Columbia Station, OH 33028

Marvin Keller Trucking
c/o TransCredit, Inc.
9485 Regency Square Blvd., Suite 102
Jacksonville, FL 32225

Mid South Transport, Inc. ✓
P.O. Box 16013
Memphis, TN 38186-0013

Northstar Transportation Solutions L.L.C.   2.
c/o First Advantage Transportation Services
P.O. Box 710
Lake Havasu City, AZ 86405-0710


*Northstar not showing as vendor*

Perimeter Transportation Company, L.L.C. ✓
5515 East Holmes Road
Memphis, TN 38118-7933

R&B Trucking of Tupelo, Inc.
955 S. Eason Blvd.
Tupelo, MS 38804

R.T. Peterson Trucking, L.L.P.
401 N I-27 Hwy., Bldg 13
Lubbock, TX 79403


*RT Peterson not showing anything since 2005*

Rivers Trucking, Inc. ✓
500 Meadowbrook Farms Road
Green Cove Springs, FL 32043

Safeway Express, L.L.C. ✓
c/o Sunbelt Finance, L.L.C.
P.O. Box 17000
Jonesboro, AR 72403

Schibi Transportation, L.L.C.
1509 North Ohio Avenue
Sedalia, MO 65301

Simple Solution Inc. ✓
c/o Eagle Capital Corporation
4141 West Main Street,
 P.O. Box 4215
Tupelo, MS 38803

Southwest Logistics, Inc.
P.O. Box 646
Platteville, WI 53818

Tennessee Steel Haulers, Inc.
2607 Brick Church Pike
Nashville, TN 37207

Total Transportation of Mississippi
125 Riverview Drive
Richland, MS 39218

Trade Winds Transit, Inc. ✓
1065 Bloomfield Road
Bardstown, KY 40004

Universal Am-Can Ltd.          *making*
P.O. Box 2007                  *payments*
Warren, MI 48090

Western Express, Inc.
c/o Roland M. Lowell, Esq.
7135 Centennial Place
Nashville, TN 37209

Western Freightways
c/o Weiss Spencer & Levin ✓
3170 North Federal Highway, Suite 100
Lighthouse Point, FL 33064

Wild West Transportation, Inc.
c/o Eagle Capital Corporation ✓
4141 West Main Street,
P.O. Box 4215
Tupelo, MS 38803

Williams Trucking
c/o Eagle Capital Corporation ✓
4141 West Main Street,
P.O. Box 4215
Tupelo, MS 38803

Landtrop Express, Inc.         *Landtrop*
c/o TranCentral Financial, Inc.  *Express*
4284 Paysphere Circle           *making*
Chicago, IL 60674              *payments*

Pacer Transport
1229 E. Pleasant Run Road, Suite 300
DeSoto, TX 75115

Hofmann Trucking L.L.C. ✓
P.O. Box 550
Jamestown, ND 58402

W.C. Cooper Trucking ✓
2268 Roberts Road
Carthage, MS 39051

J.M. Express, Inc. ✓
401 Somerville Avenue
Chattanooga, TN 37405

HMD Trucking, Inc.
10031 Virginia Avenue
Chicago Ridge, IL 60415

Charles Evans Trucking
P.O. Box 306
Wiggins, MS 39577

Goolsby Trucking Co., Inc.
1218 W. Bankhead Street
New Albany, MS 38652

*Making payments*

Black Thunderbird Trucking
15038 N. 150th Land
Surprise, AZ 85379  ✓

Long Haul Delivery Service  ✓
5555 Brazoria Dr.
Grand Prairie, TX 75052

Dedicated Transportation, L.L.C.
9177A Hwy 182
Opelousas, LA 70570

Abbott Freight, Inc.
105 W. Alameda Avenue, Suite 216
Burbank, CA 91502

Big M. Transportation, Inc.
P.O. Box 8
Hickory Flat, MS 38633

ADS Trucking, Inc.
6344 Tramore Lane
Rockford, IL 61107

Landforce Express Corp.
15402 W. Sage Street
Victorville, CA 92392

First Trucking, Inc.
8001B NW 64th Street
Miami, FL 33166

Century Carriers Inc.
2401 Clements Road
Cottondale, AL 35453

McGriff Transportation, Inc.
86 Walnut Street
Cullman, AL 35055

Dango Express, Inc.
P.O. Box 41658
Bakersfield, CA 93384

Special Delivery Xpress, Inc.
9605 Lilac
St. Louis, MO 63137

D&S Haulers, LLC
3 County Road 431
Water Valley, MS 38965

Dedicated Transportation, L.L.C.
9177A Hwy 182
Opelousas, LA 70570