UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RLI INSURANCE COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | )  Civil Action No. 1:08-cv-00695(JR) |
| v. | ) |
| | ) |
| SAM'S TRANSP. SERVICES, INC., *et al.*, | ) |
| | ) |
| Defendants. | ) |

**MOTION TO STRIKE LETTER BY TRANSCREDIT RE: J & E EXPRESS**

Defendant J & E Express moves the Court to strike the letter sent to the Court by Transcredit purporting to withdraw the claim of J & E Express and filed in the docket on May 5, 2008 (Document 5). J & E Express wishes to pursue its claim against the RLI broker bond. In support of this motion, Defendant J & E Express files the attached memorandum.

Date:  June 25, 2008                                    Respectfully submitted,

                                                         /s/ Paul D. Cullen, Jr.
                                                        Paul D. Cullen, Jr. (D.C. Bar No. 463759)
                                                        **The Cullen Law Firm, PLLC**
                                                        1101 30th Street NW, Suite 300
                                                        Washington, DC 20007
                                                        (202) 944-8600
                                                        (202) 944-8611
                                                        Counsel for Defendant
                                                        J & E Express, Inc.

## CERTIFICATE OF SERVICE

I certify that on June 25, 2008, I served:

- Motion to Strike Letter by Transcredit Re: J & E Express;
- Memorandum in Support of Motion to Strike Letter by Transcredit Re: J & E Express; and
- Proposed Order

electronically by the court's CM/ECF system or by U.S. Postal Service as indicated below to the

counsel and parties in this action.

          /s/ Paul D. Cullen, Jr.
Paul D. Cullen, Jr. (D.C. Bar No.: 463759)

**Counsel Served Electronically:**

Eric R. Stanco, Esquire
Valerie Elizabeth Powell, Esquire
Stanco & Associates
126 C Street, N.W.
Washington, DC  20001
VEPOWELL@SURETYLAW.COM

Counsel to RLI Insurance Company


**Parties Served by U.S. Postal Service:**

Sam's Transportation Services, Inc.
a/t/a  Sams Transportation, Services, Inc.
3868 Highway 61 North
Cleveland, MS 38732-8726

Peter Roncali
489 Parker Bayou Road
Shaw, MS 38773

Alterndorf Express
P.O. Box 250
Minto, ND 58261
American Transport, Inc.

100 Insdustry Drive
Pittsburgh, PA 15275-1014

Apex Capital LP
6000 Western Place, Suite 1000
Ft. Worth, TX 76107

Avalon Express, Inc.
207 W. 3rd Street, Suite 205
Northfield, MN 55057

CBR Transport, Inc.
c/o Sunbelt Finance, L.L.C.
P.O. Box 17000
Jonesboro, AR 72403

Central Carriers, Inc.
2823 Hwy. 2 West
Rugby, ND 58368

CFC Transportation, Inc.
c/o First Advantage Transportation Services
P.O. Box 710
Lake Havasu City, AZ 86405-0710

Chicagotrans Enterprises, Inc.
27 E. Hattendorf, Suite 411
Roselle, IL 60172

CTC Trucking, Inc.
699 S. Range Road
Cocoa, FL 32926

DLK Trucking, Inc.
P.O. Box 848
Plover, WI 54467

Deeco Transportation
7833 Rickie Street
Lansing, MI 48917

Direct Transport, Ltd.
460 7th Avenue NE
West Fargo, ND 58078-1061

DTI Logistics, Inc.
P.O. Box 1678
Tucker, GA 30085-1678

Eagle Expeditors, Inc.
2186 Chesnee Hwy.
Spartanburg, SC 29303

Equity Transportation Company, Inc.
3685 Dykstra Drive, NW
Walker, MI 49544

H&V Leasing, Inc.
P.O. Box 999
Newport, AR 72112

Haul-Line, Inc.
8529 Arboleda Drive
El Paso, TX 79907

Huff & Puff Trucking, Inc.
c/o First Advantage Transportation Services
P.O. Box 710
Lake Havasu City, AZ 86405-0710

Wiest Truck Line, Inc.
8060 36th Street Southeast
Jamestown, ND 58401-9510

John R. Reed, Inc.
75 Currie Road, P.O. Box 306
Dyer, TN 38330

J&E Trucking, Inc.
c/o Sunbelt Finance, L.L.C.
P.O. Box 17000
Jonesboro, AR 72403

K.A.T. Logistics, Inc.
101 N. Houston, P.O. Box 714
Cameron, TX 76520

M&B Trucking Express Corp.
P.O. Box 395
Columbia Station, OH 33028

Marvin Keller Trucking
c/o TransCredit, Inc.
9485 Regency Square Blvd., Suite 102
Jacksonville, FL 32225

Mid South Transport, Inc.
P.O. Box 16013
Memphis, TN 38186-0013

Northstar Transportation Solutions L.L.C.
c/o First Advantage Transportation Services
P.O. Box 710
Lake Havasu City, AZ 86405-0710

Perimeter Transportation Company, L.L.C.
5515 East Holmes Road
Memphis, TN 38118-7933

R&B Trucking of Tupelo, Inc.
955 S. Eason Blvd.
Tupelo, MS 38804

R.T. Peterson Trucking, L.L.P.
401 N I-27 Hwy., Bldg 13
Lubbock, TX 79403

Rivers Trucking, Inc.
500 Meadowbrook Farms Road
Green Cove Springs, FL 32043

Safeway Express, L.L.C.
c/o Sunbelt Finance, L.L.C.
P.O. Box 17000
Jonesboro, AR 72403

Simple Solution Inc.
c/o Eagle Capital Corporation
4141 West Main Street,
 P.O. Box 4215
Tupelo, MS 38803

Southwest Logistics, Inc.
P.O. Box 646
Platteville, WI 53818

Tennessee Steel Haulers, Inc.
2607 Brick Church Pike
Nashville, TN 37207

Total Transportation of Mississippi
125 Riverview Drive
Richland, MS 39218

Trade Winds Transit, Inc.
1065 Bloomfield Road
Bardstown, KY 40004

Universal Am-Can Ltd.
P.O. Box 2007
Warren, MI 48090

Western Express, Inc.
c/o Roland M. Lowell, Esq.
7135 Centennial Place
Nashville, TN 37209

Western Freightways
c/o Weiss Spencer & Levin
3170 North Federal Highway, Suite 100
Lighthouse Point, FL 33064

Wild West Transportation, Inc.
c/o Eagle Capital Corporation
4141 West Main Street,
P.O. Box 4215
Tupelo, MS 38803

Williams Trucking
c/o Eagle Capital Corporation
4141 West Main Street,
P.O. Box 4215
Tupelo, MS 38803

Landtrop Express, Inc.
c/o TranCentral Financial, Inc.
4284 Paysphere Circle
Chicago, IL 60674

Pacer Transport
1229 E. Pleasant Run Road, Suite 300
DeSoto, TX 75115

Hofmann Trucking L.L.C.
P.O. Box 550
Jamestown, ND 58402

W.C. Cooper Trucking
2268 Roberts Road
Carthage, MS 39051

J.M. Express, Inc.
401 Somerville Avenue
Chattanooga, TN 37405

HMD Trucking, Inc.
10031 Virginia Avenue
Chicago Ridge, IL 60415

Charles Evans Trucking
P.O. Box 306
Wiggins, MS 39577

Goolsby Trucking Co., Inc.
1218 W. Bankhead Street
New Albany, MS 38652

Black Thunderbird Trucking
15038 N. 150th Land
Surprise, AZ 85379

Long Haul Delivery Service
5555 Brazoria Dr.
Grand Prairie, TX 75052

Dedicated Transportation, L.L.C.
9177A Hwy 182
Opelousas, LA 70570

Abbott Freight, Inc.
105 W. Alameda Avenue, Suite 216
Burbank, CA 91502

Big M. Transportation, Inc.
P.O. Box 8
Hickory Flat, MS 38633

ADS Trucking, Inc.
6344 Tramore Lane
Rockford, IL 61107

Landforce Express Corp.
15402 W. Sage Street
Victorville, CA 92392

Century Carriers Inc.
2401 Clements Road
Cottondale, AL 35453

McGriff Transportation, Inc.
86 Walnut Street
Cullman, AL 35055

Dango Express, Inc.
P.O. Box 41658
Bakersfield, CA 93384

Special Delivery Xpress, Inc.
9605 Lilac
St. Louis, MO 63137

D&S Haulers, LLC
3 County Road 431
Water Valley, MS 38965

Dedicated Transportation, L.L.C.
9177A Hwy 182
Opelousas, LA 70570

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RLI INSURANCE COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 1:08-cv-00695(JR) |
| v. | ) |
| | ) |
| SAM'S TRANSP. SERVICES, INC., *et al.*, | ) |
| | ) |
| Defendants. | ) |

**MEMORANDUM IN SUPPORT OF DEFENDANT J & E EXPRESS' MOTION TO STRIKE LETTER BY TRANSCREDIT RE: J & E EXPRESS**

J & E Express moves to strike the letter sent by Transcredit to the court and filed on May 5, 2008, (Document No. 5), purportedly on J & E Express' behalf. As stated by J & E Express' Mary Waddell in the attached Declaration, Exhibit A, this letter was sent to the Court without J & E Express' knowledge, consent or authorization.[1] J & E Express retained Transcredit to attempt to collect payment from Sam's Transportation.[2] J & E Express did not sell or otherwise assign to Transcredit its rights to its claim against Sam's Transportation or its RLI bond.[3] J & E Express did not retain Transcredit to perform legal work.[4] J & E Express wishes to pursue its claim against the broker bond sold to Defendant Sam's Transportation by Plaintiff RLI

---

[1] Declaration of Mary Waddell Exhibit A, at 6 and 7

[2] *Id*. at 3

[3] *Id*. at 4

[4] *Id*. at 5

Insurance.[5]  In sum, the Transcredit letter filed as Document 5 in the docket was unauthorized, is contrary to J & E Express' interest in pursuing its claim, and should, therefore, be stricken from this action.

Under local rule 7(m), the undersigned counsel for J & E Express consulted with Elizabeth Powell, counsel for RLI Insurance Company, and she informed me that RLI would not consent to the granting of this motion.

Thank you for your consideration of this motion.

Date:   June 25, 2008                                          Respectfully submitted,


 /s/ Paul D. Cullen, Jr.
Paul D. Cullen, Jr. (D.C. Bar No. 463759)
**The Cullen Law Firm, PLLC**
1101 30th Street NW, Suite 300
Washington, DC 20007
(202) 944-8600
(202) 944-8611
Counsel for Defendant
J & E Express, Inc.

---

[5] *Id*. at 8

Case No. 1:08-cv-00695 (JR)

# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RLI INSURANCE COMPANY, )<br>)<br>)<br>Plaintiff, )<br>) Civil Action No. 1:08-cv-00695(JR)<br>v. )<br>)<br>)<br>SAM'S TRANSP. SERVICES, INC., *et al.*, )<br>)<br>Defendants. )<br>) | |

### DECLARATION OF MS. MARY WADDELL

1. I am, and have been at all times relevant to this proceeding, Vice President of J & E Express, a small business motor carrier operating out of Davenport, Iowa.

2. I have been unable to collect payment from Sam's Transportation, Inc. for the transportation services arranged by Sam's Transportation and provided by J & E Express.

3. Unable to collect from Sam's, I asked Transcredit to attempt to collect the amount owed to J & E Express.

4. J & E Express did not sell or otherwise assign its rights to the claim to Transcredit.

5. J & E Express did not hire Transcredit for the legal representation of J & E Express.

6. Until I engaged my attorney, Paul D. Cullen, Jr., in this action, I was unaware:

    * that Transcredit had filed a claim on behalf of J & E against a broker bond purchased by Sam's Transportation from RLI Insurance;

    * that RLI had filed a legal action involving my claim against its bond; and

    * that Transcredit filed a letter with the Court on May 5, 2008, withdrawing J & E

Express' claim against the bond from this legal action.

7. J & E Express did not give authorization or consent to Transcredit to submit any letter to the court on its behalf.

8. J & E Express wishes to pursue it full rights to recovery under the broker bond.

I state this 26 day of June, 2008, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

_____
Mary Waddell

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RLI INSURANCE COMPANY, )<br>)<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>)<br>SAM'S TRANSP. SERVICES, INC., *et al.*, )<br>)<br>    Defendants. )<br>_____) | Civil Action No. 1:08-cv-00695(JR) |

## ORDER

Upon consideration of Defendant's Motion to Strike Letter by Transcredit Re: J & E Express, Memorandum in Support of Defendant J & E Express' Motion to Strike Letter by Transcredit Re: J & E Express, and Declaration of Ms. Mary Waddell, it is this _____ day of _____, 2008, ORDERED:

1. That the Motion to Strike letter by Transcredit Re: J & E Express (Document 5) is GRANTED;

2. That the Clerk of the Court shall notify all counsel of record of this Order.

_____
James Robertson
United Stated District Court Judge