UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RLI INSURANCE COMPANY, )<br>)<br>)<br>Plaintiff, )<br>) Civil Action No. 1:08-cv-00695(JR)<br>v. )<br>)<br>)<br>SAMS TRANSP. SERVICES, INC., *ET AL.*, )<br>)<br>Defendants. )<br>_____) | |

**JOINT MOTION BY PLAINTIFF AND SOME DEFENDANTS
TO ENLARGE TIME TO FILE BRIEFS IN OPPOSITION TO
MOTION TO DISMISS FILED BY SAM'S TRANSPORTATION SERVICES**

The Plaintiff, RLI Insurance Company, and some of the Defendants, Topper 1 and others joining the motion to dismiss filed June 13, 2008 (Doc. # 17), jointly request until July 7, 2008 to respond to the letter filed June 16, 2008 (Doc. # 19), and apparently deemed by the Court to be a motion to dismiss without prejudice (Doc. # 20). As ground therefore, these parties show as follows:

1. On June 16, 2008 the Court received a letter apparently signed by Pete Roncali, a named defendant, and believed to be in a position of responsibility with Sam's Transportation Services, Inc., another named defendant (hereinafter "Sam's Transportation"). The June 16 letter is not in the form of a typical answer. Implicit in it are both general and some specific denials, vague allegations and a request for dismissal without prejudice. On its face, the relief requested is premised upon factual allegations that are inconsistent with those in the

complaint, e.g. motor carriers have not been paid by Sam's Transportation.

2. On June 16, the Court noted on the June 16 letter "Leave to file granted." The parties to this motion understood the Court's notation to be addressed to the Clerk instructing him or her to accept the letter for filing. Counsel for the parties to this motion did not deem the Court's notation to be a statement by the Court that the June 16 letter would be treated as a Fed. R. Civ. P. 12 motion to dismiss. It was upon a call to chambers today, June 27, seeking clarification that it was learned that the Court is apparently treating the June 16 letter as a motion to dismiss.

3. In accord with LCvR 7(b) any brief in opposition to the June 16 letter's request for dismissal without prejudice is due today, June 27, 2008. Counsel for the parties to this motion have not undertaken the task of drafting an opposition to the June 16 letter and do not have time today to do so.

4. Because the relief requested by Sam's Transportation is premised upon statement of facts that is inconsistent with the allegations in the complaint, e.g. that motor carriers have not been paid, on its face, it is not sustainable as a Fed. R. Civ. P. 12 motion to dismiss.

5. No one will be prejudiced by an extension of time until July 7, 2008 to respond to the June 16 letter, i.e. to Sam's Transportation's motion to dismiss.

6. The office of the undersigned has attempted to confer with Sam's Transportation without success. Mr. Roncali did not return a phone call placed with him.

WHEREFORE, it is requested that this Court extend the deadline to respond to the June 16 letter until July 7, 2008.

Pursuant to LCvR 7(c), a proposed form order accompanies this motion.

Respectfully submitted,

| | |
|---|---|
| /s/ Valerie Elizabeth Powell | /s/ Paul D. Cullen, Jr. |
| Valerie Elizabeth Powell | Paul D. Cullen, Jr. |
| D.C. Bar No: 474117 | D.C. Bar No.: 463759 |
| Stanco & Associates | The Cullen Law Firm, PLLC |
| 126 C St. NW | 1101 30th Street NW, Suite 300 |
| Washington, DC 20001 | Washington, DC 20007 |
| (202) 331-8822 | (202) 944-8600 |
| Counsel for RLI Insurance | Counsel for Defendant Topper 1 et al |

**CERTIFICATE OF SERVICE**

I hereby certify that on this June 27, 2008, I served this document electronically and U.S. Postal Service to the parties listed below.

/s/ Paul D. Cullen, Jr.
Paul D. Cullen, Jr.
D.C. Bar No.: 463759

**Counsel Served Electronically:**

Eric R. Stanco, Esquire
Valerie Elizabeth Powell, Esquire
Stanco & Associates
126 C Street, N.W.
Washington, DC  20001
VEPOWELL@SURETYLAW.COM
Counsel to RLI Insurance Company

**Parties Served by U.S. Postal Service:**

Sam's Transportation Services, Inc.
a/t/a  Sams Transportation, Services, Inc.
3868 Highway 61 North
Cleveland, MS 38732-8726

Peter Roncali
489 Parker Bayou Road
Shaw, MS 38773

Charles Evans Trucking
P.O. Box 306
Wiggins, MS 39577

Marvin Keller Trucking
C/o Transcredit Inc.
9485 Regency Square Blvd. #102
Jacksonville, FL 32225

To the best knowledge of the undersigned all other defendants named in the complaint have "failed to appear" in the case.

                                                /s/ Paul D. Cullen, Jr.
                                                Paul D. Cullen Jr.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RLI INSURANCE COMPANY,   )<br>)<br>)<br>Plaintiff,   )<br>)   Civil Action No. 1:08-cv-00695(JR)<br>v.   )<br>)<br>)<br>SAMS TRANSP. SERVICES, INC., *ET AL.*,   )<br>)<br>Defendants.   )<br>_____)   | |

**ORDER RE:
JOINT MOTION BY PLAINTIFF AND SOME DEFENDANTS
TO ENLARGE TIME TO FILE BRIEFS IN OPPOSITION TO
MOTION TO DISMISS FILED BY SAM'S TRANSPORTATION SERVICES**

The Court has reviewed the JOINT MOTION BY PLAINTIFF AND SOME DEFENDANTS TO ENLARGE TIME TO FILE BRIEFS IN OPPOSITION TO MOTION TO DISMISS FILED BY SAM'S TRANSPORTATION SERVICES and, finds good grounds for the relief requested. The deadline to respond to Sam's Transportation Services' letter of June 16, 2008 shall be Monday, July 7, 2008.

SO ORDERED this _____ day of June 2008.

_____
The Honorable James Robertson
United States District Judge