**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| RLI INSURANCE COMPANY, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No. 08-0695 (JR) |
| : | |
| SAM'S TRANSPORTATION SERVICES, : | |
| INC., a/t/a SAMS TRANSPORTATION, : | |
| SERVICES, INC., *et al.*, : | |
| : | |
| Defendants. : | |

**ORDER**

Defendants Gregory Logistics, Inc. <u>et al.</u> correctly point out that their legal argument was not addressed in this Court's order of 7/10/08 [#26]. The Court **calls for a response** to their motion for reconsideration [#28], within eleven days of the date of this order.

JAMES ROBERTSON
United States District Judge