08-695 (JR)

*[Handwritten note:] 7/24/08 be filed. Let him be filed. James Robertson U.S. District Judge*

Date: July 1, 2008

United States District Court
For The District of Columbia
333 Constitution Avenue, N. W.
Washington, D.C. 20001

RE:  Civil Action 1:08-cv-00695(JR)

To This Honorable Court:

I am responding to this case Civil Action 1:08-cv-00695(JR) RLI Insurance Company, Plaintiff vs Sam's Transportation Service's, Inc., Defendant. The Plaintiff in this case is grossly misleading this Court. The list of Plaintiffs which are owed monies that has been submitted to this Court is totally inaccurate. And, Whereas, RLI Insurance Company served as the Surety Bond Company for Sam's Transportation Services. In that, Sam's Transportation Service's, Inc. posted in cash a $10,000.00 bond as required by law and in that RLI Insurance Company has laid claimed this bond and the interest on this Bond, Sam's Transportation Service's, Inc. has no further indebt ness to RLI Insurance Company or any plaintiffs listed in this action. It is my position that I do not confirm these debts as listed in this action.

As Plaintiff stated in his latest file with this Court, Sams Transportation Service's, Inc. did in fact adhere to Code 49 U.S.C. 13906 by posting the cash bond. In its latest filing, it is the contention of Sam's Transportation Service's, Inc. that the Plaintiff is attempting to re-write this Code. And whereas, I have attached the list of the plaintiffs submitted in this action and that twenty one of these plaintiffs which are circled have been paid in full. Listed beside each paid in full is the check number and date of the check. I can and will supply this Court with Proof of said payments upon request. The inaccuracy of this list in fact makes this cause for legal action null and void. Due to the facts listed herein, I request from this court that this action be dismissed without prejudice.

In your service,

*[Signature]*

Sam's Transportation Service's, Inc.

9:14 AM
07/14/08

**Sams Transportation Services, Inc**
**Vendor QuickReport**
April 1 through July 14, 2008

| Company | Type | Date | Num | Account | Clr | Amount |
|---|---|---|---|---|---|---|
| Black Thunderbird Trucking, Inc. | Bill Pmt-Check | 4/18/2008 | EFS | 1018 - NBT Checkbook | X | -$1,302.00 |
| American Transport, Inc. | Bill Pmt-Check | 5/22/2008 | Ck# 1076 | 1014 - Guaranty Bank | X | $700.00 |
| Chicagotrans Enterprises, Inc. | Bill Pmt-Check | 2/22/2008 | EFS | 1018- NBT Checkbook | X | $1,077.00 |
| DLK Trucking, Inc. | Bill Pmt-Check | 2/25/2008 | EFS | 1018-NBT Checkbook | X | $7,800.00 |
| Direct Transport, LTD. | Bill Pmt-Check | 10/30/2007 | Certified Check | 1015- Regions Bank | X | $1,506.00 |
| Eagle Expeditors, Inc. | Bill Pmt-Check | 3/27/2008 | Wire Transfer | 1014- Guaranty Bank | X | $28,000.00 |
| Haul- Line, Inc. | Bill Pmt- Check | 2/25/2008 | Ck# 1394 | 1016- Delta Logistics | X | $800.00 |
| J & E Trucking, Inc. | Bill Pmt- Check | 3/21/2008 | EFS | 1018- NBT Checkbook | X | $1,780.00 |
| Mid South Transport, Inc. | Bill Pmt- Check | 2/22/2008 | Ck# 1377 | 1016- Delta Logistics | X | $1,500.00 |
| PerimeterTransportation Co | Bill Pmt- Check | 3/6/2008 | EFS | 1018- NBT Checkbook | X | $1,150.00 |
| PerimeterTransportation Co | Bill Pmt- Check | 5/1/2008 | EFS | 1018- NBT Checkbook | X | $860.00 |
| Rivers Trucking, Inc. | Bill Pmt- Check | 4/2/2008 | Ck # 1503 | 1016- Delta Logistics | X | $1,000.00 |
| Safeway Express, LLC | Bill Pmt- Check | 9/14/2007 | Ck# 25379 | 1015- Regions Bank | X | $3,500.00 |
| Simple Solutions, Inc. | Bill Pmt- Check | 1/15/2008 | Ck # 26020 | 1015- Regions Bank | X | $500.00 |
| Trade Winds Transit, Inc. | Bill Pmt- Check | 2/26/2008 | EFS | 1018- NBT Checkbook | X | $350.00 |
| Western Freightways | Bill Pmt- Check | 12/17/2007 | Wire Transfer | 1015- Regions Bank | X | $2,100.00 |
| Western Freightways | Bill Pmt- Check | 12/21/2007 | Wire Transfer | 1015- Regions Bank | X | $2,430.00 |
| Western Freightways | Bill Pmt- Check | 4/3/2008 | Ck # 1466 | 1016- Delta Logistics | X | $500.00 |

Page 1 of 2

9:14 AM
07/14/08

## Sams Transportation Services, Inc
## Vendor QuickReport
### April 1 through July 14, 2008

| Company | Type | Date | Num | Account | Clr | Amount |
|---|---|---|---|---|---|---|
| Wild West Transportation, Inc. | Bill Pmt- Check | 2/27/2008 | EFS | 1018- NBT Checkbook | X | $1,600.00 |
| Williams Trucking | Bill Pmt- Check | 3/6/2008 | EFS | 1018- NBT Checkbook | X | $1,435.00 |
| Hoffman Trucking LLC | Bill Pmt- Check | 3/6/2008 | EFS | 1018- NBT Checkbook | X | $4,150.00 |
| W C CooperTrucking | Bill Pmt- Check | 3/10/2008 | Ck# 1439 | 1016- Delta Logistics | X | $1,750.00 |
| Long Haul Delivery Service | Bill Pmt- Check | 4/7/2008 | Ck # 1504 | 1016-Delta Logisics | X | $2,200.00 |

Page 2 of 2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RLI INSURANCE COMPANY,         )
                               )
                               )
         Plaintiff,            )
                               )    Civil Action No. 1:08-cv-00695(JR)
         v.                    )
                               )
                               )
SAMS TRANSP. SERVICES, INC., *ET AL.*,  )
                               )
         Defendants.           )
_____)

## APPEARANCE

To the Clerk of this court and all parties of record:

Please entered the appearance of Paul D. Cullen, Jr., as counsel in this case for Defendant Topper 1.

Date:   May 19, 2008

                                               Paul D. Cullen, Jr.
                                               D.C. Bar No.: 463759
                                               The Cullen Law Firm, PLLC
                                               1101 30th Street NW, Suite 300
                                               Washington, DC 20007
                                               (202) 944-8600
                                               Counsel for Defendant Topper 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RLI INSURANCE COMPANY, )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>)<br>SAMS TRANSP. SERVICES, INC., *ET AL.*, )<br>)<br>Defendants. )<br>_____) | Civil Action No. 1:08-cv-00695(JR) |

### RULE 26.1 CERTIFICATE OF DISCLOSURE
### OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

I, Paul D. Cullen, Jr., counsel of record for Topper 1, certify that, to the best of my knowledge and belief, there are no parents companies, subsidiaries or affiliates of Topper 1 which have any outstanding securities in the hands of the public.

These representations are made in order that the Judges of this Court may determine the need of recusal.

Respectfully submitted,

/s/ Paul D. Cullen, Jr.
Paul D. Cullen, Jr.
D.C. Bar No.: 463759
The Cullen Law Firm, PLLC
1101 30th Street NW, Suite 300
Washington, DC 20007
(202) 944-8600
Counsel for Defendant Topper 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RLI INSURANCE COMPANY,  )<br>)<br>)<br>Plaintiff,  )<br>)  Civil Action No. 1:08-cv-00695(JR)<br>v.  )<br>)<br>)<br>SAMS TRANSP. SERVICES, INC., *ET AL.*,  )<br>)<br>Defendants.  )<br>_____)  | |

## UNOPPOSED MOTION TO ENLARGE TIME TO ANSWER OR OTHERWISE RESPOND TO SUMMONS AND COMPLAINT

Defendant Topper 1 moves for an enlargement of time until June 19, 2008, to answer or otherwise respond to the Summons and Complaint in this action. In support of this motion, Topper 1 states:

1. On April 28, 2008, a Summons signed and dated by this Court's Clerk on April 23, 2008, and a copy of the Complaint in this action were received by Certified Mail. Topper 1 calculates that, assuming personal service of process under Fed. R. Civ. P. 4 (c) was effective, the current 20 day deadline to answer would be May 19, 2008. Assuming a waiver of personal service under Fed. R. Civ. P. 4 (d) was effective, the 60 day deadline would be June 27, 2008.

2. Under LCvR 7(m), counsel for Topper 1 conferred with Valerie Elizabeth Powell, counsel for Plaintiff RLI Insurance Company, on May 9, 2008. Ms. Powell consented to the

enlargement of time requested in this motion.

3. Under LCvR 7(c) a proposed form order accompanies this motion.

Respectfully submitted,

*[signature]*

Paul D. Cullen, Jr.
D.C. Bar No.: 463759
The Cullen Law Firm, PLLC
1101 30th Street NW, Suite 300
Washington, DC 20007
(202) 944-8600
Counsel for Defendant Topper 1