UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RLI INSURANCE COMPANY,           ) | |
| ) | |
| ) | |
| ) | |
| Plaintiff,           ) | |
| ) | Civil Action No. 1:08-cv-00695(JR) |
| v.           ) | |
| ) | |
| ) | |
| SAM'S TRANSP. SERVICES, INC., *et al.*,           ) | |
| ) | |
| Defendants.           ) | |
| _____) | |

## DEFENDANT TOPPER 1'S FILING OF CLAIM UNDER THE COURT'S ORDER OF JULY 9, 2008

Topper 1 submits to the Court its claim for $1,025.00 against the broker bond sold by RLI Insurance, Inc., ("RLI") to Sam's Transportation Services, Inc. ("Sam's"). In support of this claim, Topper 1 attaches the declaration of Carroll Curtis, sole proprietor of Topper 1, attesting to his claim against RLI's bond. Mr. Curtis authenticates several documents attached to his declaration:

Topper 1 Exhibit 1:   The "Rate Confirmation" sheet that is evidence of Sam's offer and Topper 1's acceptance of a contract to transport a load for the payment of $1,025.00.

Topper 1 Exhibit 2:   A document labeled "Shipper" is evidence of Topper 1's performance of the contract.

Topper 1 Exhibit 3:   Topper 1's invoice to Sam's.

Topper 1 Exhibit 4:   The claim form RLI required Mr. Curtis to complete, have notarized, and submit to RLI with documentation proving his claim.

Because this claim for $1,025.00 is less than $10,000.00, the coverage required of a broker bond for this claim under 49 U.S.C. §13906(b) and 49 C.F.R. §387.307, Topper 1 demands that RLI pay the full amount of its claim.

Date:   July 25, 2008

Respectfully submitted,

/s/ Paul D. Cullen, Jr.
Paul D. Cullen, Jr. (D.C. Bar No. 463759)
**The Cullen Law Firm, PLLC**
1101 30th Street NW, Suite 300
Washington, DC 20007
(202) 944-8600
(202) 944-8611
Counsel for Defendant
Topper 1

## CERTIFICATE OF SERVICE

I certify that on July 25, 2008, I served:

- Defendant Topper 1's Filing of Claim Under the Court's Order of July 9, 2008 and attachments.

electronically by the court's CM/ECF system or by U.S. Postal Service as indicated below to the counsel and parties in this action.

      /s/ Paul D. Cullen, Jr.
      Paul D. Cullen, Jr. (D.C. Bar No.: 463759)

**Counsel Served Electronically:**

Eric R. Stanco, Esquire
Valerie Elizabeth Powell, Esquire
Stanco & Associates
126 C Street, N.W.
Washington, DC  20001
VEPOWELL@SURETYLAW.COM

Counsel to RLI Insurance Company

**Parties Served by U.S. Postal Service:**

Sam's Transportation Services, Inc.
a/t/a  Sams Transportation, Services, Inc.
3868 Highway 61 North
Cleveland, MS 38732-8726

Marvin Keller Trucking
c/o TransCredit, Inc.
9485 Regency Square Blvd., Suite 102
Jacksonville, FL 32225

Charles Evans Trucking
P.O. Box 306
Wiggins, MS 39577

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RLI INSURANCE COMPANY, )
)
)
    Plaintiff, )
) Civil Action No. 1:08-cv-00695(JR)
    v. )
)
)
SAM'S TRANSP. SERVICES, INC., et al., )
)
    Defendants. )
)

### DECLARATION OF MR. CARROLL T. CURTIS
### RE: CLAIM OF TOPPER 1

1. I am, and have been at all times relevant to this proceeding, the sole proprietor of Topper 1, a small business motor carrier operating out of Boyds, Maryland. I have full responsibility for all aspects of running Topper 1.

3. Topper 1 has one claim in the amount of $1,025.00 against the bond RLI Insurance Company ("RLI") sold to Sam's Transportation Services, Inc. ("Sam's"). This claim is for Topper 1's transportation of a load from Premier Steel in Detriot, Michigan, to Ship Side Marine in Baltimore, Maryland.

4. I have attached true and correct copies of several documents in support of Topper 1's claim.

5. A rate confirmation sheet is the document by which a broker, such as Sam's, confirms the details of the offer of a load and the rate to be paid to a motor carrier, such as Topper 1. The attached "Rate Confirmation" sheet (Topper 1 Exhibit 1) displays the amount to be paid to

1

Topper 1, $1,025.00, or $973.75 "Quick Pay" if paid by Sam's in a timely manner. Sam's faxed this form to Topper 1, and I signed it and faxed it back to Sam's.

6. The "SHIPPER" document (Topper 1 Exhibit 2) displays the number 22766 at the top left of the page. This document contained handwritten details about the load, including its weight of 44,780 pounds and its shipping date of "11/10/07". Topper 1 hauled this load.

7. I have attached a copy of Topper 1's Invoice No. 273874, using the number from Sam's Rate Confirmation sheet (Topper 1 Exhibit 3). The invoice is dated "16 Nov. 2007" and is in the amount of $1,025.00 minus $51.25 for "Quick Pay." As of this date, this invoice has not been paid and has not been disputed by Sam's. The amount owed is $1,025.00.

8. The last document is the claim form (Topper 1 Exhibit 4) that RLI Insurance required that I complete, sign, have notarized, and then sent to RLI with the documents listed above.

9. Topper 1 wishes to pursue its right to payment under the broker bond for $1,025.00, the full amount of its claim against Sam's.

I state this 23RD day of JULY, 2008, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

_____
Carroll Curtis

2

Case No. 1:08-cv-00695 (JR)

# TOPPER 1 EXHIBIT 1

## Rate Confirmation

**SAMS TRANSPORTATION SERVICES, INC**
P.O. Box 496
SHAW, MS 38773

11/02/2007 10:28:19 AM   Fax: 662-845-9099  Local: 662-846-9006  Toll Free: 800-982-4192   Page 1 of 1

To: **CARROLL THOMAS CURTIS**

Phone 301-346-6114   Fax: 517-521-1018

Special Instructions:
Call 704-745-3455 for dispatch

FLAT: $1,025.00
5% Quick Pay   Misc: ($51.25)
Gross Pay: $973.75

Please sign and fax back to: 662-845-9099
Quick Ref: SAMS TRANSPORTATION SERVICES, INC
Quick Phone: 800-982-4192

Please Refer To This # On Invoice: 273874

| Shipper | Phone | MC | PO | Pcs | Wgt | Date | Time |
|---|---|---|---|---|---|---|---|
| PREMIER STEEL<br>3400 EAST LAFAYETTE<br>DETROIT, MI<br>Description: Santa Coils | 313-499-0031 | P 7857 | | 0 | 48500 | 11/8/2007 | 12:00 |

| Receiver | Phone | PO | | Pcs | Wgt | Date | Time |
|---|---|---|---|---|---|---|---|
| SHIP SIDE MARINE<br>ROUTE 175 MD<br>BALTIMORE, MD<br>Description | 410-733-8440 | | | | 48500 | 11/12/2007 | call |

1) ALL DRIVERS MUST CALL FOR DISPATCH!!
2) WE REQUIRE A CHECK CALL FROM ALL DRIVERS BETWEEN 8AM TO 10AM ORIGINAL, OR $50 FINE WILL BE IMPOSED!
3) PLEASE REFER TO "PRO NO" ON BILLING, MUST HAVE ORIGINAL BILL OF LADING RETURNED WITH INVOICES TO SAMS TRANSPORTATIONS SERVICES, INC. INVOICES WILL BE PAID 30 DAYS FROM THE DATE WE RECEIVE ORIGINAL BILL OF LADING.
4) ***DO NOT SEND YOUR TRK TO LOAD BEFORE THIS IS SIGNED AND FAXED TO SAMS TRANSPORTATION
CARRIER AGREES FOR THE ABOVE RATE CARRIER WILL PERFORM TRANSPORT SERVICES FOR SAMS TRANSPORTATION, CARRIER AGREES AND
UNDERSTANDS THAT THIS CONTRACT IS NOT A "TRIP LEASE" AND THAT CARRIER IS AN "INDEPENDENT CONTRACTOR" WITH ITS OWN ICC OPERATING
AUTHORITY. CARRIER UNDERSTANDS THAT ALL PERMITS AND TAXES ARE ITS SOLE RESPONSIBILITY. CARRIER AGREES THAT IT MAINTAINS ITS OWN
CURRENT CARGO, LIABILITY, AND COMP INSURANCE. AN ORIGINAL CERTIFICATE MUST BE SUBMITTED SAMS TRANSPORTATION AS A CERT. HOLDER. A COPY OF ICC
AUTH. AND THE CONTRACT MUST BE ON FILE BEFORE PAYMENT DATE!
***DRIVER MUST FAX BOL AND POD WITHIN 2 HOURS OF DELIVERY OR LOAD IS SUBJECT TO $50.00 FINE PER DAY***

| Special: | Truck #: | Customer Brk: |
| Commodity: COILS | Trailer #: | Phone: |
| Equipment: FB | Driver: | Instructions: |
| | Cell #: | |

Signature: _(signed)_   Title: Branch Manager
Name: CARROLL T. CURTIS   Date: 11/07/07
Please sign and fax back to: 662-346-9099

For office use only:
Quick Ref: CARROLL THOMAS CURTIS   Broker Signature: _William Moran_
Quick Ref: 301-346-6114   Please Refer To This # On Invoice: 273874

MR PEAK
662-846-9055


COPY

Case No. 1:08-cv-00695 (JR)

# TOPPER 1 EXHIBIT 2

Phone 313-567-4070
Fax 313-567-4088



# SHIPPER

Premier Steel L.L.C.
3400 E. Lafayette
Detroit, Michigan 48207

SHIPPER  22766
Date  4/16/07

| | Sold To: Consignor Street | | Ship To: Consignee Street | | |
|---|---|---|---|---|---|
| | SANKO | | | | |

| Destination | Zip Code | Destination | Zip Code |
|---|---|---|---|
| | | | |

| Carrier | | Carrier # | |
|---|---|---|---|

| P.O. # | # of Units | Description of Material | Grade | Weight | Tag # | Pcs |
|---|---|---|---|---|---|---|
| 1 | | 074 x 57.0 | | 4800 | 4123 | |
| 2 | | ~~A11 x 98.21~~ | | ~~6820~~ | | |
| 3 | | 083 x 47.5 | | 2670 | 5498740L | |
| 4 | | 072 x 67.1 | | 3.30 | 5520 10L | |
| 5 | | 098 x 49.0 | | 4060 | 15408 2P1 | |
| 6 | | 093 x 47 | | 230 | 5520 1802 | |
| 7 | | 144 x 47.5 | | 860 | 460 | |
| 8 | | x72 48.7 | | 5155 | 15749C | |
| 9 | | 160 x 54 | | 7725 | 54789 | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |
| 21 | | | | | 44780 | |
| 22 | | | | | | |

**LOAD MUST BE TARPED**

Received subject to the classifications and lawfully filed tariffs in effect on the date of the issue of this Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification on the date of shipment.

Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

Subject to Section 7 of the conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ (Signature of Consignor)

**FREIGHT CHARGES**
Check Appropriate Box:
☐ Freight prepaid
☒ Collect

| SHIPPER | CARRIER |
|---|---|
| | |

COPY

Case No. 1:08-cv-00695 (JR)

# TOPPER 1 EXHIBIT 3

**TOPPER 1**
FID 21-7389949
20810 Slidell Rd.
Boyds, Maryland 20841

Off: 301-972-9356
Cell: 301-529-4019
Fax: 301-972-6665

FROM: PREMIER STEEL
DETROIT, M.I.

DATE: 16 NOV 2007

TO: SHIP SIDE MARINE
BALT. MD.

ATTENTION OF: SAM'S TRANSPORTATION
SUBJECT: PAY-OFF FOR HAULING

| Description | Amount |
|---|---|
| INVOICE # 273874 | $1025.00 |
| - QUICK PAY | $51.25 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| Signed: [signature]   Date: 16 Nov 2007   Thank You | $973.75 |

**Terms:** Net 30 days.

**Late Charge:** 1 1/2% per month for each month invoice is overdue. Annual charge of 18%.

COPY

Case No. 1:08-cv-00695 (JR)

# TOPPER 1 EXHIBIT 4

## RLI INSURANCE COMPANY
### Proof of Claim for Non Contract Bond Claims

STATE OF __MARYLAND__, COUNTY OF __MONTGOMERY__ __CARROLL CURTIS__ (Claimant)

being duly sworn, deposes and says:

1. (a) IF AN INDIVIDUAL, OR SOLE PROPRIETOR: That he/she is the Claimant herein, whose place of business or residence is __BOYDS__, City of __MONTGOMERY__, County of _____, State of __MARYLAND__.

   (b) IF A CO-PARTNERSHIP: That he/she is _____ of _____, a co-partnership, hereinafter designated as Claimant, composed of deponent and _____, which firm has its principal place of business at _____, City of _____, County of _____, State of _____.

   (c) IF A CORPORATION: That he/she is _____ of _____, Claimant herein, which is a corporation organized and existing under the laws of the State of _____, and having a place of business at _____, City of _____, County of _____, State of _____, and is duly authorized to make this Proof of Claim on its behalf.

2. That __SAM'S TRANSPORTATION__, hereinafter called Principal, was at and before the filing of this Proof of Claim, and still is, justly and truly indebted to Claimant, in the sum of __ONE THOUSAND TWENTY-FIVE & 00/100__ Dollars ($__1025.00__). Attached is itemized statement of claim together with supporting evidence, including a copy of the contract, invoices, and letters, if applicable.

3. The dates for which Principal furnished any services were between __9 NOV 2007__ and __12 NOV 2007__.

4. Description of commodity that Claimant was hauling __STEEL COILS__.

5. That Claimant has satisfied in full all its duties, obligations, and conditions to Principal and that Principal has no just cause to refuse payment to Claimant.

6. That there are not setoffs, counterclaims, back charges, or other credits due said Principal against said claim, and that Claimant is not indebted to said Principal on this, or on any other account, and that Claimant does not hold any note or security of any kind whatsoever for said debt.

7. That this Affidavit is made in support of the above-described claim against, and for the purpose of inducing, RLI as Surety for said Principal, to pay said claim under the bond which it executed as Surety for said Principal.

8. Should, and to the extent, RLI makes payment, Claimant hereby agrees that all guarantees and warranties required under the terms of any contract entered into with Principal shall remain in full force and effect in accordance with their terms which, however, shall not be extended nor enlarged hereby.

9. That Claimant is aware that it is against the law to file a false or fraudulent claim, and that to do so may subject them to criminal prosecution.

Subscribed and sworn to before me this __31st__ day of __January__, 2008.

Signature: _Carroll T. Curtis_

Notary Public

KAUNG HTUT
NOTARY PUBLIC
MONTGOMERY COUNTY
MARYLAND
MY COMMISSION EXPIRES JUL. 3, 2011

Company Name: __Trapper 1__
Claim #: __00205748__ SC
Bond #: __RBB0634021__