UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RLI INSURANCE COMPANY, )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>SAM'S TRANSP. SERVICES, INC., *et al.*, )<br>)<br>Defendants. )<br>_____) | Civil Action No. 1:08-cv-00695(JR) |

### DEFENDANT GREGORY LOGISTICS, INC.'S FILING OF CLAIM UNDER THE COURT'S ORDER OF JULY 9, 2008

Gregory Logistics, Inc., ("GLI") submits to the Court its claim for $1,000.00 against the broker bond sold by RLI Insurance, Inc., ("RLI") to Sam's Transportation Services, Inc. ("Sam's"). In support of this claim, GLI attaches the declaration of Anna Gregory, Corporate Secretary of GLI, attesting to its claim against RLI's bond. Mrs. Gregory authenticates several documents attached to her declaration:

GLI Exhibit 1: The "Rate Confirmation" sheet that is evidence of Sam's offer to GLI to transport a load for the payment of $1,000.00.

GLI Exhibit 2: A document labeled " Bill of Lading" is evidence of GLI's performance of the contract.

GLI Exhibit 3: GLI's invoice to Sam's.

GLI Exhibit 4: The claim form RLI required Mrs. Gregory to complete, have notarized, and submit to RLI with documentation proving her claim.

Because this claim for $1,000.00 is less than $10,000.00, the coverage required of a

broker bond for this claim under 49 U.S.C. §13906(b) and 49 C.F.R. §387.307, GLI demands that RLI pay the full amount of the claim.

Date:   July 25, 2008

Respectfully submitted,

/s/ Paul D. Cullen, Jr.
Paul D. Cullen, Jr. (D.C. Bar No. 463759)
**The Cullen Law Firm, PLLC**
1101 30th Street NW, Suite 300
Washington, DC 20007
(202) 944-8600
(202) 944-8611
Counsel for Defendant
Gregory Logistics, Inc.

## CERTIFICATE OF SERVICE

I certify that on July 25, 2008, I served:

- Defendant Gregory Logistics, Inc.'s Filing of Claim Under the Court's Order of July 9, 2008 and attachments.

electronically by the court's CM/ECF system or by U.S. Postal Service as indicated below to the counsel and parties in this action.

          /s/ Paul D. Cullen, Jr.
          Paul D. Cullen, Jr. (D.C. Bar No.: 463759)

**Counsel Served Electronically:**

Eric R. Stanco, Esquire
Valerie Elizabeth Powell, Esquire
Stanco & Associates
126 C Street, N.W.
Washington, DC 20001
VEPOWELL@SURETYLAW.COM

Counsel to RLI Insurance Company

**Parties Served by U.S. Postal Service:**

Sam's Transportation Services, Inc.
a/t/a  Sams Transportation, Services, Inc.
3868 Highway 61 North
Cleveland, MS 38732-8726

Marvin Keller Trucking
c/o TransCredit, Inc.
9485 Regency Square Blvd., Suite 102
Jacksonville, FL 32225

Charles Evans Trucking
P.O. Box 306
Wiggins, MS 39577

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RLI INSURANCE COMPANY, )
)
)
)
Plaintiff, )
)     Civil Action No. 1:08-cv-00695(JR)
v. )
)
)
)
SAM'S TRANSP. SERVICES, INC., et al., )
)
Defendants. )
_____)

**DECLARATION OF MRS. ANNA GREGORY**
**RE: CLAIM OF GREGORY LOGISTICS, INC.**

1.  I am, and have been at all times relevant to this proceeding, Corporate Secretary of Gregory Logistics, Inc. ("GLI") a small business motor carrier operating out of Poplar Bluff, Missouri.

2.  My responsibilities include supervision of GLI's delinquent accounts receivable.

3.  GLI has one claim in the amount of $1,000.00 against the bond RLI Insurance Company("RLI") sold to Sam's Transportation Services, Inc. ("Sam's"). This claim is for GLI's transportation of a load from Boppy Co. in Gassville, Arkansas, to USF Distribution 728 at DFW International Airport, Texas.

4.  I have attached true and correct copies of several documents in support of GLI's claim.

5.  A rate confirmation sheet is the document by which a broker, such as Sam's, confirms the details of the offer of a load and the rate to be paid to a motor carrier, such as GLI. The attached "Rate Confirmation" sheet from Sam's Transportation (GLI Exhibit 1) states "Please Refer To

1

This # On Invoice: 273968." This document also identified the "*Pick #*" as 2245102. This Rate Confirmation sheet displays the amount to be paid to GLI, $1,000.00.

6. The "BILL OF LADING" form (GLI Exhibit 2) displays, in the third box down on the right side of the page, the "Pro number" number, USDS2245102, that is similar to the "*Pick #*" from the Rate Confirmation sheet. GLI hauled this load.

7. I have attached a copy of GLI's Invoice # 99292 to Sam's dated "12/03/07" in the amount of $1,000.00, (GLI Exhibit 3). The "P.O. #" on this document indicated the number assigned to the load by Sam's Rate Confirmation sheet: 273968. As of this date, this invoice has not been paid and has not been disputed by Sam's.

8. The last document is the claim form (GLI Exhibit 4) that RLI Insurance required that I complete, sign, have notarized, and then sent to RLI with the documents listed above.

9. GLI wishes to pursue its right to payment under the broker bond for $1,000.00, the full amount of its claim against Sam's.

I state this 3rd day of July, 2008, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Anna Gregory

2

Case No. 1:08-cv-00695 (JR)

# GLI EXHIBIT 1

From: GREGORY LOGISTICS         T 573 785 3804          07/22/2008 11:00 #004 P.002/011

11-27-'07 12:10   FROM-Sams Transportation   6628469099        T-274 P001/001 F-089

## Rate Confirmation

**SAMS TRANSPORTATION SERVICES, INC**
P.O. BOX 496
SHAW, MS 38773

99292

11/27/2007 11:16:56 AM    Fax: 662-846-9099  Local: 662-846-9006  Toll Free: 800-992-4163     Page 1 of 1

To: **GREGORY LOGISTICS, INC**
    **CORLISS**

Phone 573-785-1088    Fax: 573-785-0628

*handwritten: American States Co Hwy 62 west, Jefferson Hoffman, Kathy 120-746-3834, Denver 454*

Special Instructions:
Thanks for the truck...

FLAT: $1,000.00
Gross Pay $1,000.00

Please sign and fax back to: 662-846-9099
Quick Ref: SAMS TRANSPORTATION SERVICES, INC
Quick Phone: 800-992-4163

Please Refer To This # On Invoice: 273968

| Shipper | Phone | Pick # | Pcs | Wgt | Date | Time |
|---|---|---|---|---|---|---|
| BOPPY CO<br>801 LAKEVIEW DR<br>GASSVILLE, AR 72635 | 870-425-7777 | 2245102 | 415 | 3948 | 11/27/2007 | |

Description:

| Receiver | Phone | PO # | Pcs | Wgt | Date | Time |
|---|---|---|---|---|---|---|
| USF DISTRIBUTION 728<br>1717 WEST AIRFIELD DRIVE<br>DFW INT'L AIRPORT, TX 75261 | 972-574-8660 | | | | 11/28/2007 | |

Description:

1) ALL DRIVERS MUST CALL FOR DISPATCH!!
2) WE REQUIRE A CHECK CALL FROM ALL DRIVERS BETWEEN 8AM TO 10AM CENTRAL, OR $50 FINE WILL BE IMPOSED!
3) PLEASE REFER TO "PRO NO" ON BILLING, MUST HAVE ORIGINAL BILL OF LADINGS RETURNED WITH INVOICES TO SAM'S TRANSPORTATIONS SERVICES, INC. INVOICES WILL BE PAID 30 DAYS FROM THE DATE WE RECEIVE ORIGINAL BILL OF LADINGS
4)***DO NOT SEND YOUR TRK TO LOAD BEFORE THIS IS SIGNED AND FAXED TO SAM'S TRANSPORTATION
CARRIER AGREES FOR THE ABOVE RATE CARRIER WILL PERFORM TRANSPORT SERVICES FOR SAM'S TRANSPORTATION. CARRIER AGREES AND UNDERSTANDS THAT THIS CONTRACT IS NOT A "TRIP LEASE" AND THAT CARRIER IS AN "INDEPENDENT CONTRACTOR" WITH ITS OWN ICC OPERATING AUTHORITY. CARRIER UNDERSTANDS THAT ALL PERMITS AND TAXES ARE ITS SOLE RESPONSIBILITY. CARRIER AGREES THAT IT MAINTAINS ITS OWN CURRENT CARGO, LIABILITY, AND COMP INSURANCE. AN ORIGINAL CERTIFICATE OF INS. NAMING SAM'S TRANSPORTATION AS A CERT. HOLDER, A COPY OF ICC AUTH. AND THIS CONTRACT MUST BE ON FILE BEFORE PAYMENT DATE!
***DRIVER MUST FAX BOL AND POD WITHIN 2 HOURS OF DELIVERY OR LOAD IS SUBJECT TO $50.00 FINE PER DAY***

| Special:<br>Commodity: FAK<br>Equipment: VR | Truck #: 454<br>Trailer #:<br>Driver: Danny<br>Cell #: 573-870-0613 | Customs Brk:<br>Phone:<br>Instructions: |
|---|---|---|

Signature: _____    Title: _____
Name: _____        Date: ___/___/___
Please sign and fax back to: 662-846-9099

For office use only:
Quick Ref: GREGORY LOGISTICS, INC
Quick Ref: 573-785-1088

Broker Sig: BRIAN MCCUNE
Please Refer To This # On Invoice: 273968

Case No. 1:08-cv-00695 (JR)

# GLI EXHIBIT 2

DP 32

| Date: 11/27/2007 | BILL OF LADING | Page 1 |
|---|---|---|

**SHIP FROM**
Name: The Boppy Company c/o ASI
Address: 801 Lakeview Dr
City/State/Zip: Gassville, AR 72635
SID#                                           FOB:

**SHIP TO**
Name: Target Stores Distribution Center
Address: 1717 West Airfeild Dr.
City/State/Zip: DFW Airport, Tx 75261
CID#:                                          FOB:

**THIRD PARTY FREIGHT CHARGES BILL TO:**
Name:
Address:
City/State/Zip:

Bill of Lading Number: 07696621000084748
MUST USE FOR SCHEDULING FREIGHT AT DC & EDI 214

CARRIER NAME:    USDD
Trailer number: 5368
Seal number(s): 474780
SCAC:    USDD
Pro number:    USDS2245102
Dispatch Number: LTL233320-332  501 505 513 518
526 524 521

Freight Charge Terms: (freight charges are prepaid unless marked otherwise)
Prepaid ____  Collect  X  3rd Party ____
X  Master Bill of Lading: with attached
(Check)   underlying Bills of Lading

**SPECIAL INSTRUCTIONS:** Underlying Bill of Lading Numbers:
07696621000084755  07696621000084762  07696621000084779
07696621000084786  07696621000084793  07696621000084809
07696621000084816  07696621000084823  07696621000084830
07696621000084847  07696621000084854  07696621000084861
07696621000084878  07696621000084885  07696621000084892
07696621000084908  07696621000084915  07696621000084922
07696621000084939  07696621000084946

THIS POD IS EVIDENCE
OF CARRIER TRANSPORT SERVICES
BY: GREGORY LOGISTICS INC.

**CUSTOMER ORDER INFORMATION**

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP (CIRCLE ONE) | | Total Cube | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|---|
| 7919085 | 415 | 3948 | Y | N | 1518 | |
| | | | Y | N | | |
| | | | Y | N | | |
| | | | Y | N | | |
| | | | Y | N | | |
| | | | Y | N | | |
| | | | Y | N | | |
| | | | Y | N | | |
| **GRAND TOTAL** | 415 | 3948 | | | | |

**CARRIER INFORMATION**

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC # | CLASS |
| 0 | plts | 415 | ctns | 3948 | | | 149265 | 250 |
| | | | | | | | Item 171 | Sub 3 |
| 0 | | 415 | | 0 | | GRAND TOTAL | | |

COD Amount: $
Fee Terms: Collect:     Prepaid:
Customer check acceptable:

NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. 14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.
                                                                         Shipper

| SHIPPER SIGNATURE / DATE | Trailer Loaded: | Freight Counted: | CARRIER SIGNATURE / PICKUP DATE |
|---|---|---|---|
| (signature) 11-28-07 | By Shipper ___ X By Driver | By Shipper ___ X By Driver/pallets ___ said to contain ___ By Driver/Pieces | (signature) 11-28-07 |

Driver Must Sign AND Date
Driver Verified We loaded by DC and Product X

appt time: ____    time in: 12:00    time out: 1:00

| Date: | | SUPPLEMENT TO THE BILL OF LADING | | | | Page 2 | |
|---|---|---|---|---|---|---|---|
| | | | | | Bill of Lading Number: 07696621000084748 | | |

| R | NUMBER | # PKGS | WEIGHT | PALLET/SLIP (CIRCLE ONE) | | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|---|
| | 0030-7919085-0553 | 28 | 236 | Y | N | |
| | 0030-7919085-0554 | 4 | 16 | Y | N | |
| | 0030-7919085-0555 | 57 | 608 | Y | N | |
| | 0030-7919085-0556 | 3 | 41 | Y | N | |
| | 0030-7919085-0557 | 11 | 149 | Y | N | |
| | 0030-7919085-0558 | 73 | 691 | Y | N | |
| | 0030-7919085-0560 | 2 | 8 | Y | N | |
| | 0030-7919085-0578 | 1 | 4 | Y | N | |
| | 0030-7919085-0579 | 16 | 102 | Y | N | |
| | 0030-7919085-0580 | 1 | 4 | Y | N | |
| | 0030-7919085-0587 | 31 | 314 | Y | N | |
| | 0030-7919085-0588 | 3 | 41 | Y | N | |
| | 0030-7919085-0589 | 17 | 135 | Y | N | |
| | 0030-7919085-0590 | 2 | 8 | Y | N | |
| | 0030-7919085-0593 | 44 | 477 | Y | N | |
| | 0030-7919085-0594 | 36 | 287 | Y | N | |
| | 0030-7919085-3801 | 2 | 8 | Y | N | |
| | 0030-7919085-3804 | 7 | 95 | Y | N | |
| | 0030-7919085-3806 | 52 | 412 | Y | N | |
| | 0030-7919085-3809 | 25 | 312 | Y | N | |
| | | | | Y | N | |
| | | | | Y | N | |
| | | | | Y | N | |
| | | | | Y | N | |
| | | | | Y | N | |
| | | | | Y | N | |
| | | | | Y | N | |
| | | | | Y | N | |
| | PAGE SUBTOTAL | 415 | 3948 | | | |
| | CARRIER INFORMATION | | | | | |
| | | | HANDLING UNIT | | | |

| QTY | TYPE | QTY | TYPE | WEIGHT | H.M. (X) | | |
|---|---|---|---|---|---|---|---|
| | | | | Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC Item 360 | | NMFC # | CLASS |

Case No. 1:08-cv-00695 (JR)

# GLI EXHIBIT 3

INVOICE/STATEMENT

```
              GREGORY LOGISTICS, INC.              MC316721P
                   P.O. BOX 308                    MO T-115,543
                 2844 FAIR STREET                  43-1825547
             POPLAR BLUFF, MO 63902-0308
                   (573) 785-1088
                                         P.O.#: 273968
   Invoice Date: 12/03/07                Invoice #:    99292

   Bill To: SAMSMS                       Shipper:
   SAMS TRANSPORTATION SERVICES,         BOPPY CO
   D/F                                   801 LAKEVIEW DR
   P.O. BOX 496                          GASSVILLE, AR 72635
   SHAW, MS 38773

Manifest: C- 99119-A     B/L #:                  Seal #:
  Truck:    454        Trailer: 53168    Driver: CAMPBELL, DANEY

--------------------------------------------------------------------
LOAD   PIECES  RATE   MILES  ACTWT  FREIGHT  PICKCHG  DROPCHG  ADD'L   AMOUNT
--------------------------------------------------------------------
99292   415   850.00   437   3948   850.00    0.00     0.00   150.00  1000.00
    Pickup Date: 11/27/07   Time: 00:00 ASN:
  Pick # 1    BOPPY CO   GASSVILLE, AR                          No Pk Chg
              Pickup Date: 11/27/07 00:00 PO# 84748
              Pieces:    415 Weight:    3948
  Drop # 1    USF DISTRIBUTION 728    DFW INTL AIRPORT, TX      No Dp Chg
              Delivery Date: 11/28/07 00:00 PO#
              Pieces:    415 Weight:    3948
                  FUELSC                                     $    150.00




                                                             ==========
                                                   Total       1000.00
```

ICC REGULATIONS REQUIRE THAT ALL FREIGHT BILLS BE PAID WITHIN 7 DAYS

Case No. 1:08-cv-00695 (JR)

# GLI EXHIBIT 4

From: GREGORY LOGISTICS  1 573 785 3804  Case 1:08-cv-00695-JR  Document 32-6  Filed 07/25/2008  Page 2 of 2  07/22/2008 11:02 #904 P.006/011

FEB. 8. 2008 10:44AM                                                                 NO. 8326   P. 2/4

# RLI INSURANCE COMPANY
### Proof of Claim for Non Contract Bond Claims

STATE OF _Missouri_, COUNTY OF _Butler_, _Gregory Logistics, Inc._
Claimant

being duly sworn, deposes and says:

1. (a) IF AN INDIVIDUAL, OR SOLE PROPRIETOR: That he/she is the Claimant herein, whose place of business or residence is _____, City of _____, County of _____, State of _____.

   (b) IF A CO-PARTNERSHIP: That he/she is _____ of _____, a co-partnership, hereinafter designed as Claimant, composed of deponent and _____, which firm has its principal place of business at _____, City of _____, County of _____, State of _____.

   (c) IF A CORPORATION: That he/she is _Secretary_ of _Gregory Logistics, Inc._, Claimant herein, which is a corporation organized and existing under the laws of the State of _Missouri_, and having a place of business at _2844 Fair St._, City of _Poplar Bluff_, County of _Butler_, State of _Missouri_, and is duly authorized to make this Proof of Claim on its behalf.

2. That _Gregory Logistics_, hereinafter called Principal, was at and before the filing of this Proof of Claim, and still is, justly and truly indebted to Claimant, in the sum of _One Thousand dollars_ Dollars ($ _1,000.00_ ). Attached is itemized statement of claim together with supporting evidence, including a copy of the contract, invoices, and letters, if applicable.

3. The dates for which Principal furnished any services were between _11-27-07_ and _11-28-07_.

4. Description of commodity that Claimant was hauling _FAK_.

5. That Claimant has satisfied in full all its duties, obligations, and conditions to Principal and that Principal has no just cause to refuse payment to Claimant.

6. That there are not setoffs, counterclaims, back charges, or other credits due said Principal against said claim, and that Claimant is not indebted to said Principal on this, or on any other account, and that Claimant does not hold any note or security of any kind whatsoever for said debt.

7. That this Affidavit is made in support of the above-described claim against, and for the purpose of inducing, RLI as Surety for said Principal, to pay said claim under the bond which it executed as Surety for said Principal.

8. Should, and to the extent, RLI makes payment, Claimant hereby agrees that all guarantees and warranties required under the terms of any contract entered into with Principal shall remain in full force and effect in accordance with their terms which, however, shall not be extended nor enlarged hereby.

9. That Claimant is aware that it is against the law to file a false or fraudulent claim, and that to do so may subject them to criminal prosecution.

Subscribed and sworn to before me this _8_ day of _February_, 2008.

_Anna Gregory_
Signature

_Kimberly Dawn Miller_
Notary Public

Kimberly Dawn Miller
Notary Public - Notary Seal
STATE OF MISSOURI
Butler County
My Commission Expires: Feb. 8, 2011
Commission #07007575

Company Name: _Gregory Logistics, Inc._
Claim #: _00205748    SC_
Bond #: _RSB0634021_