UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RLI INSURANCE COMPANY, )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>SAM'S TRANSP. SERVICES, INC., *et al.*, )<br>)<br>Defendants. )<br>_____)  | Civil Action No. 1:08-cv-00695(JR) |

## DEFENDANT FIRST TRUCKING, INC.'S FILING OF CLAIM
## UNDER THE COURT'S ORDER OF JULY 9, 2008

First Trucking, Inc., ("First Trucking") submits to the Court its claim for $1,400.00 against the broker bond sold by RLI Insurance, Inc., ("RLI") to Sam's Transportation Services, Inc. ("Sam's"). In support of this claim, First Trucking attaches the declaration of Javier Figueroa, Vice President and Manager of First Trucking, attesting to his claim against RLI's bond. Mr. Figueroa authenticates several documents attached to his declaration:

| | |
|---|---|
| First Trucking Exhibit 1: | The "Rate Confirmation" sheet that is evidence of Sam's offer and First Trucking's acceptance of a contract to transport a load for the payment of $1,400.00. |
| First Trucking Exhibit 2: | A document labeled " Bill of Lading" is evidence of First Trucking's performance of the contract. |
| First Trucking Exhibit 3: | First Trucking's invoice to Sam's. |

Because this claim for $1,400.00 is less than $10,000.00, the coverage required of a broker bond for this claim under 49 U.S.C. §13906(b) and 49 C.F.R. §387.307, First Trucking

demands that RLI pay the full amount of the claim.

Date:  July 25, 2008                                             Respectfully submitted,

                                                                 /s/ Paul D. Cullen, Jr.
                                                                 Paul D. Cullen, Jr. (D.C. Bar No. 463759)
                                                                 **The Cullen Law Firm, PLLC**
                                                                 1101 30th Street NW, Suite 300
                                                                 Washington, DC 20007
                                                                 (202) 944-8600
                                                                 (202) 944-8611
                                                                 Counsel for Defendant
                                                                 First Trucking, Inc.

**CERTIFICATE OF SERVICE**

I certify that on July 25, 2008, I served:

- Defendant First Trucking, Inc.'s Filing of Claim Under the Court's Order of July 9, 2008 and attachments.

electronically by the court's CM/ECF system or by U.S. Postal Service as indicated below to the counsel and parties in this action.

      /s/ Paul D. Cullen, Jr.
      Paul D. Cullen, Jr. (D.C. Bar No.: 463759)

**Counsel Served Electronically:**

Eric R. Stanco, Esquire
Valerie Elizabeth Powell, Esquire
Stanco & Associates
126 C Street, N.W.
Washington, DC  20001
VEPOWELL@SURETYLAW.COM

Counsel to RLI Insurance Company

**Parties Served by U.S. Postal Service:**

Sam's Transportation Services, Inc.
a/t/a  Sams Transportation, Services, Inc.
3868 Highway 61 North
Cleveland, MS 38732-8726

Marvin Keller Trucking
c/o TransCredit, Inc.
9485 Regency Square Blvd., Suite 102
Jacksonville, FL 32225

Charles Evans Trucking
P.O. Box 306
Wiggins, MS 39577

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RLI INSURANCE COMPANY, )
)
)
Plaintiff, )
) Civil Action No. 1:08-cv-00695(JR)
v. )
)
)
SAM'S TRANSP. SERVICES, INC., *et al.*, )
)
Defendants. )
)

### DECLARATION OF MR. JAVIER FIGUEROA
### RE: CLAIM OF FIRST TRUCKING, INC.

1. I am, and have been at all times relevant to this proceeding, Vice President and Manager of First Trucking, Inc., ("First Trucking") a small business motor carrier operating out of Miami, Florida.

2. My many responsibilities include supervision of First Trucking's delinquent accounts receivable.

3. First Trucking has one claim in the amount of $1,400.00 against the bond RLI Insurance Company("RLI") sold to Sam's Transportation Services, Inc. ("Sam's"). This claim is for First Trucking's transportation of a load from Delta and Pine Land Company in Eloy, Arizona, to D&PL Lubbock GPG in Lubbock, Texas.

4. I have attached true and correct copies of several documents in support of First Trucking's claim.

5. A rate confirmation sheet is the document by which a broker, such as Sam's, confirms the

1

details of the offer of a load and the rate to be paid to a motor carrier, such as First Trucking. The attached "Rate Confirmation" sheet from Sam's Transportation (First Trucking Exhibit 1) identifies the load to be hauled from Eloy, Arizona, to Lubbock, Texas. This document states "Please Refer To This # On Invoice: 274013." This Rate Confirmation sheet displays the amount to be paid to First Trucking, $1,400.00. Sam's faxed this form to First Trucking, and First Trucking employee Frank Cisnero signed it and faxed it back to Sam's.

6. The "*BILL OF LADING*" form (First Trucking Exhibit 2) displays the RECEIVING DOC number 44747053. First Trucking hauled this load.

7. I have attached a copy of First Trucking's Invoice No. 18730 to Sam's dated 12/19/07 in the amount of $1,400.00, (First Trucking Exhibit 3) for the shipment of the load from Eloy, Arizona, to Lubbock, Texas. The BOL number listed, 44747053 is the same as the RECEIVING DOC number on the bill of lading, and the Shipper's Ref No, 274013 is the same number from Sam's Rate Confirmation sheet. As of this date, this invoice has not been paid and has not been disputed by Sam's.

8. First Trucking wishes to pursue its right to payment under the broker bond for $1,400.00, the full amount of its claim against Sam's.

I state this  24  day of  July , 2008, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Javier Figueroa

2

# FIRST TRUCKING EXHIBIT 1

## Rate Confirmation

SAMS TRANSPORTATION SERVICES, INC
P.O. BOX 496
SHAW, MS 38773

12/11/2007 10:32:27 AM     Fax: 662-846-9099  Local: 662-846-9006  Toll Free: 800-992-4163     Page 1 of 1

To: **FIRST TRUCKING, INC.**
**FRANKY     JAVIER**
Phone 866-468-0048     Fax: 305-468-1619

Special Instructions:

FLAT: $1,400.00
Gross Pay $1,400.00

Please sign and fax back to: 662-846-9099
Quick Ref: SAMS TRANSPORTATION SERVICES, INC
Quick Phone: 800-992-4163

Please Refer To This # On Invoice: 274013

| Shipper | Phone | Pick# | Pcs | Wgt | Date | Time |
|---|---|---|---|---|---|---|
| D & P L ELOY<br>15790 HWY 87 SOUTH<br>ELOY, AZ 85231 | 520-466-7202 | | | | 12/11/2007 | BY 1630 |

Description:

| Receiver | Phone | PO # | Pcs | Wgt | Date | Time |
|---|---|---|---|---|---|---|
| D & PL LUBBOCK<br>2601 LOOP 289 SE<br>LUBBOCK, TX 79410 | 806-745-7843 | | | | 12/12/2007 | |

Description:

1) ALL DRIVERS MUST CALL FOR DISPATCH!!
2) WE REQUIRE A CHECK CALL FROM ALL DRIVERS BETWEEN 8AM TO 10AM CENTRAL, OR $50 FINE WILL BE IMPOSED!
3) PLEASE REFER TO "PRO NO" ON BILLING, MUST HAVE ORIGINAL BILL OF LADINGS RETURNED WITH INVOICES TO SAM'S TRANSPORTATIONS SERVICES, INC. INVOICES WILL BE PAID 30 DAYS FROM THE DATE WE RECEIVE ORIGINAL BILL OF LADINGS
4) ***DO NOT SEND YOUR TRK TO LOAD BEFORE THIS IS SIGNED AND FAXED TO SAM'S TRANSPORTATION
CARRIER AGREES FOR THE ABOVE RATE CARRIER WILL PERFORM TRANSPORT SERVICES FOR SAM'S TRANSPORTATION. CARRIER AGREES AND UNDERSTANDS THAT THIS CONTRACT IS NOT A "TRIP LEASE" AND THAT CARRIER IS AN "INDEPENDENT CONTRACTOR" WITH ITS OWN ICC OPERATING AUTHORITY. CARRIER UNDERSTANDS THAT ALL PERMITS AND TAXES ARE ITS SOLE RESPONSIBILITY. CARRIER AGREES THAT IT MAINTAINS ITS OWN CURRENT CARGO, LIABILITY, AND COMP INSURANCE. AN ORIGINAL CERTIFICATE OF INS. NAMING SAM'S TRANSPORTATION AS A CERT.HOLDER; A COPY OF ICC AUTH. AND THIS CONTRACT MUST BE ON FILE BEFORE PAYMENT DATE!
***DRIVER MUST FAX BOL AND POD WITHIN 2 HOURS OF DELIVERY OR LOAD IS SUBJECT TO $50.00 FINE PER DAY***

Special:
Commodity:
Equipment:
Truck #: 388
Trailer #: 118
Driver: rueben
Cell #:
Customs Brk:
Phone:
Instructions:

Signature: _[signed]_     Title: Dispatch
Name: Frone     Date: 12/11/07
Please sign and fax back to: 662-846-9099

For office use only:
Quick Ref: FIRST TRUCKING, INC.
Quick Ref:

Broker Sig: EDDIE
Please Refer To This # On Invoice: 274013

Dr. Dispatch Software - www.drdispatch.com
"Subject to carrier's service conditions
at www.firsttrucking.com"

Case No. 1:08-cv-00695 (JR)

# FIRST TRUCKING EXHIBIT 2

# BILL OF LADING

**DELTA AND PINE LAND COMPANY**
ONE COTTON ROW
P.O. BOX 217
SCOTT, MS 38772
TEL (800) 321-8989, FAX (662) 742-4107

**SOLD TO**
10049
D&PL Lubbock GPG
2601 Loop 289 SE
Lubbock TX 79410
United States
806 7457843

**SHIP TO**
10049
D&PL Lubbock GPG
2601 Loop 289 SE
Lubbock TX 79410
United States
806 7457843

Delivery Instructions: 00043465

PAGE: 1
DATE: 2/11/07
CUSTOMER PO:
RECEIVING DOC: 44747053
PICK SLIP NUMBER: 62171-000 SJ
BRANCH PLANT: 10003
REGION: TEX

TERMS: Payment is due on or before delivery unless terms are approved in advance. Accounts 30 days past due are subject to a finance charge on the principal balance at the maximum rate allowed by law.

Texas Permit # TX-2085

| UNITS SHIPPED | SHIP U/M | ITEM DESCRIPTION (CROP TYPE) | LOT NUMBER PRODUCT UPC | LOCATION | BAG WT | LINE # | TRIP # | LOT STS |
|---|---|---|---|---|---|---|---|---|
| 42000 | LB | DP 143 B2RF | 208E6421 | H 05 | 10 LB | | 0 | H |
| Related Order. B | | NONE | | | | | | |
| 42000 | | GRAND TOTAL | | | 42000.0 LB | | | |
| | | Total Weight This Order | | | | | | |

LISTED ITEMS RECEIVED IN GOOD CONDITION

CARRIER NAME: ST Trucking
TRUCKER SIGNATURE: [signature]
LICENSE NUMBER: C100 7u FL
CUSTOMER SIGNATURE: [signature]
SCALE TICKET NUMBER: 446
LOAD OUT NUMBER:
LOADED BY: [signature]

NOTICE TO BUYER: The varieties named herein are protected under one or more of the following: 1) Certificate, issued or applied for, under the U.S. Plant Variety Protection Act and its Amendments; 2) Contract law, as prescribed in bags; 3) Plant utility patents held or licensed by other companies contracted with SELLER named above. Unauthorized seed propagation, and/or sale, offering for sale, exchange, delivery, transfer, import, or export of seed of these varieties in violation of above protections is strictly prohibited. Violators are subject to proceedings under federal and state law and may be liable for monetary damages.

LIMITATION OF LIABILITY AND WARRANTIES: Seed sold by SELLER, as identified on this document, is labeled with certain information required by law. SELLER warrants that such seed conforms to label description, subject to tolerances established by law, regulation or business practice. SELLER MAKES NO OTHER WARRANTIES, EXPRESS OR IMPLIED. WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE ARE EXPRESSLY DISCLAIMED.

By acceptance, use or authorized resale of this seed, Buyer agrees that SELLER's liability and Buyer's exclusive remedy for breach of any warranty shall be limited in all events to return for the purchase price of the seed involved, and that consequential and incidental damages shall not be recoverable. Claims for defects in seed identified herein must be presented to SELLER within a reasonable time after discovery sufficient to permit SELLER to inspect the seed before planting or the growing crop in the field.

PROHIBITION AGAINST ALTERATION: Any alteration, further processing, treatment or repackaging, of seed sold by SELLER without the express written consent of SELLER is prohibited.

* Bill of Lading weight may differ slightly from tag label weight on both boxes. Slight variances can result from decimal points rounded during conversion.

Case No. 1:08-cv-00695 (JR)

# FIRST TRUCKING EXHIBIT 3

Invoice / Pro Number 18730
Date 12/19/07
Billing Phone (305) 468-0048
Billing Fax (305) 468-1619
Shippers Ref No 274013
PO
BOL 44747053

mit to FIRST TRUCKING, INC.
C/O TRANCENTRAL, INC.
4284 PAYSPHERE CIRCLE
CHICAGO, IL 60674

**Bill To** SAMTRA

SAMS TRANSPORTATION SERVICES, INC
PO BOX 496
Shaw, MS 38773

Shipper  d & p
15790 hwy 87 south
eloy, AZ

Consignee  d & pl
2601 loop 289 se
lubbock, TX

Origin- Pickup - d & p 15790 hwy 87 south eloy, AZ  274013
Dest- Drop - d & pl 2601 loop 289 se lubbock, TX

| Driver | Tractor | Trailer | Terms | Due Date |
|---|---|---|---|---|
| WILNER LAVOILE | 69 |  | 30 Days | 01/18/08 |

| Ordered By | Load ID | Start Date | Delivery Date |
|---|---|---|---|
|  | 18730 | 12/11/07 | 12/12/07 |

| Goods | Description | Quantity | Weight | Tonnage | Pieces | Pallets |
|---|---|---|---|---|---|---|
|  |  | .00 | .00 | .00 | .00 | .0 |

| Description | Miles | Units | Weight | Tons | Rate | Charges |
|---|---|---|---|---|---|---|
| Rate for loaded miles | 0.0 | 0.00 | 0.0 | .0 | 0.00 | $1,400.00 |
|  |  |  |  | **Please Pay This Amount** | | $1,400.00 |

Notes
NOTICE OF ASSIGNMENT: All of the Accounts Receivable of the above firm have been sold and assigned to TranCentral Financial, Inc. This is an irrevocable directive and fulfills our requirements under Article 9 of the Uniform Commercial Code. If there are any disputes, shortages, or discrepancies of any kind please call TCFI immediately at 1-800-881-9589. FORWARD ALL PAYMENTS TO: TranCentral Financial, Inc., 4284 PAYSPHERE CIRCLE CHICAGO IL 60674  FOR PROPER CREDIT Please reference the invoice number.

FIRST TRUCKING - 8001B N.W. 64 STREET - MIAMI, FL 33166 - (Phone) (305)468-0048 - (Fax) (305)468-1619