UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RLI INSURANCE COMPANY, ) | |
| ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 1:08-cv-00695(JR) |
| v. ) | |
| ) | |
| ) | |
| SAM'S TRANSP. SERVICES, INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

### DEFENDANT SCHIBI TRANSPORTATION, LLC'S FILING OF CLAIM UNDER THE COURT'S ORDER OF JULY 9, 2008

Schibi Transportation, LLC, ("Schibi") submits to the Court its claim for $1,400.00 against the broker bond sold by RLI Insurance, Inc., ("RLI") to Sam's Transportation Services, Inc. ("Sam's").  In support of this claim, Schibi attaches the declaration of Krystal Boersma, Office Manager of Schibi, attesting to its claim against RLI's bond.  Ms. Boersma authenticates several documents attached to her declaration:

Schibi Exhibit 1: The "Rate Confirmation" sheet that is evidence of Sam's offer to Schibi to transport a load for the payment of $1,400.00.

Schibi Exhibit 2: A document labeled "Straight Bill of Lading" is evidence of Schibi's performance of the contract.

Schibi Exhibit 3: Schibi's invoice to Sam's.

Because this claim for $1,400.00 is less than $10,000.00, the coverage required of a broker bond for this claim under 49 U.S.C. §13906(b) and 49 C.F.R. §387.307, Schibi demands

that RLI pay the full amount of the claim.

Date:   July 25, 2008                                              Respectfully submitted,

                                                             /s/ Paul D. Cullen, Jr.
Paul D. Cullen, Jr. (D.C. Bar No. 463759)
**The Cullen Law Firm, PLLC**
1101 30th Street NW, Suite 300
Washington, DC 20007
(202) 944-8600
(202) 944-8611
Counsel for Defendant
Gregory Logistics, Inc.

## CERTIFICATE OF SERVICE

I certify that on July 25, 2008, I served:

- Defendant Schibi Transportation, LLC's Filing of Claim Under the Court's Order of July 9, 2008 and attachments.

electronically by the court's CM/ECF system or by U.S. Postal Service as indicated below to the counsel and parties in this action.

      /s/ Paul D. Cullen, Jr.
      Paul D. Cullen, Jr. (D.C. Bar No.: 463759)

**Counsel Served Electronically:**

Eric R. Stanco, Esquire
Valerie Elizabeth Powell, Esquire
Stanco & Associates
126 C Street, N.W.
Washington, DC  20001
VEPOWELL@SURETYLAW.COM

Counsel to RLI Insurance Company

**Parties Served by U.S. Postal Service:**

Sam's Transportation Services, Inc.
a/t/a  Sams Transportation, Services, Inc.
3868 Highway 61 North
Cleveland, MS 38732-8726

Marvin Keller Trucking
c/o TransCredit, Inc.
9485 Regency Square Blvd., Suite 102
Jacksonville, FL 32225

Charles Evans Trucking
P.O. Box 306
Wiggins, MS 39577

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RLI INSURANCE COMPANY, )<br>)<br>)<br>Plaintiff, )<br>)    Civil Action No. 1:08-cv-00695(JR)<br>v. )<br>)<br>)<br>SAM'S TRANSP. SERVICES, INC., et al., )<br>)<br>Defendants. )<br>_____ ) | |

### DECLARATION OF MS. KRYSTAL BOERSMA
### RE: CLAIM OF SCHIBI TRANSPORTATION, LLC.

1. I am, and have been at all times relevant to this proceeding, Office Manager with the responsibilities of book keeper, billing, accounts receivable, accounts payable...etc... of Schibi Transportation, LLC, ("Schibi") a small business motor carrier operating out of Sedalia, Missouri.

3. Schibi has one claim in the amount of $1,400.00 against the bond RLI Insurance Company ("RLI") sold to Sam's Transportation Services, Inc. ("Sam's"). This claim is for Schibi's transportation of a load from Bekaert Corporation in Van Buren, Arkansas, to Suddenlink in Amarillo, Texas. This load was shipped on October 16, 2007.

4. I have attached true and correct copies of several documents in support of Schibi's claim.

5. A rate confirmation sheet is the document by which a broker, such as Sam's, confirms the details of the offer of a load and the rate to be paid to a motor carrier, such as Schibi. The

attached "Rate Confirmation" sheet from Sam's Transportation (Schibi Exhibit 1) identifies the "*Pick #*" as 0000126390. This Rate Confirmation sheet displays the amount to be paid to Schibi, $1,400.00.

6. The "STRAIGHT BILL OF LADING" form (Schibi Exhibit 2) displays the number 0000126390 in small print as the "Purchase order(s)" about on the left side of the page, about three-fourths of the way down. Schibi hauled this load.

7. I have attached a copy of Schibi's Invoice No. 10015149 to Sam's dated 10/23/2007 in the amount of $1,400.00, (Schibi Exhibit 3) for the shipment of the load from Van Buren, Arkansas to Amarillo, Texas, on 10/16/2007. The handwriting on this invoice are the notes I made when filing a claim directly with RLI against the bond. As of this date, this invoice has not been paid and has not been disputed by Sam's.

8. Schibi wishes to pursue its right to payment under the broker bond for $1,400.00, the full amount of its claim against Sam's.

I state this 24th day of July, 2008, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

_____
Krystal Boersma

2

Case No. 1:08-cv-00695 (JR)

# SCHIBI EXHIBIT 1

10-16-'07 10:33 FROM-Sams Transportation   6628469099   T-895 P001/001 F-076

## Rate Confirmation

**SAMS TRANSPORTATION SERVICES, INC**
P.O. BOX 496
SHAW, MS 38773

10/16/2007 10:40:43 AM    Fax: 662-846-9099  Local: 662-846-9006  Toll Free: 800-992-4163    Page 1 of 1

To: **SCHIBI TRANSPORTATION**
    BRENT        SCOTT
    Phone 660-827-4455    Fax: 660-827-4494

Special Instructions:

FLAT: $1,400.00
Gross Pay $1,400.00

Please sign and fax back to: 662-846-9099
Quick Ref: SAMS TRANSPORTATION SERVICES, INC
Quick Phone: 800-992-4163

Please Refer To This # On Invoice: 273612

| Shipper | Phone | Pick # | Pcs | Wgt | Date | Time |
|---|---|---|---|---|---|---|
| BECART<br>1881 BECART DR<br>VAN BUREN, AR 72956 | 479-474-5211 | 0000126390 | 0 | 35200 | 10/16/2007 | |

Description:

| Receiver | Phone | PO # | Pcs | Wgt | Date | Time |
|---|---|---|---|---|---|---|
| SUDDEN LINK<br>5800 W 45TH<br>AMARILLO, TX 79109 | 806-331-4697 | | | | 10/17/2007 | |

Description:

1) ALL DRIVERS MUST CALL FOR DISPATCH!!
2) WE REQUIRE A CHECK CALL FROM ALL DRIVERS BETWEEN 6AM TO 10AM CENTRAL, OR $50 FINE WILL BE IMPOSED!
3) PLEASE REFER TO "PRO NO" ON BILLING, MUST HAVE ORIGINAL BILL OF LADINGS RETURNED WITH INVOICES TO SAMS TRANSPORTATIONS SERVICES, INC. INVOICES WILL BE PAID 90 DAYS FROM THE DATE WE RECEIVE ORIGINAL BILL OF LADINGS
4) ***DO NOT SEND YOUR TRK TO LOAD BEFORE THIS IS SIGNED AND FAXED TO SAMS TRANSPORTATION
CARRIER AGREES FOR THE ABOVE RATE CARRIER WILL PERFORM TRANSPORT SERVICES FOR SAMS TRANSPORTATION. CARRIER AGREES AND UNDERSTANDS THAT THIS CONTRACT IS NOT A "TRIP LEASE" AND THAT CARRIER IS AN "INDEPENDENT CONTRACTOR" WITH ITS OWN ICC OPERATING AUTHORITY. CARRIER UNDERSTANDS THAT ALL PERMITS AND TAXES ARE ITS SOLE RESPONSIBILITY. CARRIER AGREES THAT IT MAINTAINS ITS OWN CURRENT CARGO, LIABILITY, AND COMP INSURANCE. AN ORIGINAL CERTIFICATE OF INS. NAMING SAMS TRANSPORTATION AS A CERT.HOLDER, A COPY OF ICC AUTH, AND THIS CONTRACT MUST BE ON FILE BEFORE PAYMENT DATE
***DRIVER MUST FAX BOL AND POD WITHIN 2 HOURS OF DELIVERY OR LOAD IS SUBJECT TO $50.00 FINE PER DAY***

| Special:<br>Commodity: STEEL CABLE<br>Equipment: FLAT | Truck #:<br>Trailer #:<br>Driver:<br>Cell #: | Customs Brk:<br>Phone:<br>Instructions: |
|---|---|---|

Signature: _____    Title: Branch Manager
Name: _____       Date: 10/16/07
Please sign and fax back to: 662-846-9099

For office use only:
Quick Ref: SCHIBI TRANSPORTATION    Broker Sig: BILL _William Moran_
Quick Ref: 660-827-4455             Please Refer To This # On Invoice: 273612

Dr. Dispatch Software - www.drdispatch.com

10/16/2007 07:51   7077453468   BILL MORAN   PAGE 01/01

Case No. 1:08-cv-00695 (JR)

# SCHIBI EXHIBIT 2

**STRAIGHT BILL OF LADING - SHORT FORM**
ORIGINAL - NOT NEGOTIABLE
RECEIVED, subject to the classification and tariff in effect on the date of issue of this Original Bill of Lading

| CARRIER : | | B/L DATE : 10/16/2007 | SHIPPER NUMBER : B/L 4060085103 |
|---|---|---|---|
| CONSIGNEE<br>SUDDENLINK<br>9601 SOUTH GEORGIA<br>AMARILLO TX 79118 | | FROM SHIPPER | BEKAERT<br>CORPORATION<br>1881 Bekaert Drive, Van Buren AR 72956-6801<br>PHONE: 479-474-5211 |

| REQUESTED DELIVERY DATE 10/16/2007 | BEKAERT SEAL NO. | VEHICLE NUMBER |
|---|---|---|

| COD | AMT. | $ | FEE PAID BY<br>__ SHIPPER<br>__ CONSIGNEE | SUBMIT FREIGHT INVOICE FOR PAYMENT TO:<br>TSI LOGISTICS<br>285 COUNTRY CLUB DRIVE<br>STOCKBRIDGE GA 30281-7350 |
|---|---|---|---|---|
| COD | FEE | $ | | |
| TOTAL COD CHARGES | | $ | REMIT C.O.D.<br>TO SHIPPER | |

Note - Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding.
$ _____ Per _____

Subject to section 7 of the conditions, if this statement is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement.
The carrier shall not make delivery of the shipment without payment of freight and all other lawful charges.
(Signature of Consignor)

FREIGHT CHARGES:        [ ] PREPAID        [X] COLLECT        [ ] CONSIGNEE ARRANGED

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned and destined indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or rail-water shipment, or (2) in the applicable motor carrier specification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

Received $ _____ to apply in prepayment of the charges on the property described hereon.
Agent or Cashier
Per _____ (The signature here acknowledges only the amount prepaid).

This is to verify that the below material are properly classified, described, packaged, marked and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.
* Mark with "X" to designate Hazardous Material as defined in Title 49 of the Code of Federal Regulations.

Notes for Freight Carrier:
FREIGHT COLLECT THIRD PARTY.  BILL FREIGHT TO 3RD PARTY BILLING ADDRESS NOTED ON BOL.

Must call 24 hrs in advance or order may be refused LONNIE @ 806-346-3336 . ANGELA 806-771-6071

Customer does not have a loading dock - Reels must ship flat on flanges for side unloading.
Sales order(s) : 3060056265
Purchase order(s) : 0000126390

| NO<br>SHIPPING<br>UNITS | *<br>HM | DESCRIPTION | DELIVERING CARRIER<br>WEIGHT SUBJECT<br>TO CORRECTION | RATE | CHARGES |
|---|---|---|---|---|---|
| 55 | | STRAND; 1/4 INCH EHS CLASS A 5000 FT REE<br>Your Material No. 037193 | 35,199.615 LBS | | |
| Gross Weight : | | 35,199.615 LBS    Net Weight :    31,625.055 LBS | | | |
| Gross Weight : | | 15,966.277 KG    Net Weight :    14,344.884 KG | | | |

CLASS :

The description and weight indicated on this bill of lading are correct. Subject to verification by the Weighing and Inspection Bureau having jurisdiction, according agreement. Shipper's imprint in lieu of stamp; not a part of bill of lading approved by the Department of Transportation.
If shipment moves between two ports by a carrier by water the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight".
NOTE - Where the rate is dependant on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding. Shipper loads, consignee unloads. Material to arrive dry.

SHIPPER    BEKAERT                    CARRIER
PER (SIGN)
PER (PRINT) Schib Transportation          DATE 10/16/07

Case No. 1:08-cv-00695 (JR)

# SCHIBI EXHIBIT 3

Schibi Transportation LLC.

1509 North Ohio Avenue
Sedalia, MO 65301
(660)-827-4455
schibitransportation@hotmail.com

# Invoice



*Sandy Clayton*
*877-623-3745*
*e xt 5483*

| Date | Invoice # |
|---|---|
| 10/23/2007 | 10015149 |

**Bill To**

Sam's Transportation Services, Inc.
489 Porter Bayou Rd.
PO Box 496
Shaw MS 38773

*Claim # 205748   Mailed on 12-13-07*

*P.O. Box 3961*
*Peoria, IL 61612*

| P.O. No. | Terms | Ship Date |
|---|---|---|
|  | Due on receipt | 10/16/2007 |

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| Van Buren AR - Amarillo TX | 1 | 1,300.00 | 1,300.00 |
| Fuel |  | 100.00 | 100.00 |

Please remember to include our invoice number on your check stub so we can make the proper credit. Thanks!

**Total** $1,400.00