UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| RLI INSURANCE COMPANY, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 1:08-cv-00695(JR) |
| v. | ) | |
| | ) | |
| | ) | |
| SAM'S TRANSP. SERVICES, INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**DEFENDANT J & E EXPRESS, INC.'S FILING OF THREE CLAIMS
UNDER THE COURT'S ORDER OF JULY 9, 2008**

J & E Express, Inc., ("J & E Express") submits to the Court its claims for $1,750.00,

$1,925.00 and $1,925.00 against the broker bond sold by RLI Insurance, Inc., ("RLI") to Sam's

Transportation Services, Inc. ("Sam's").  In support of these claims, J & E Express attaches the

declaration of Mary Waddell, Vice President of J & E Express, attesting to its claims against

RLI's bond.  Ms. Waddell authenticates several documents attached to her declaration:

**J & E Express' Claim One**

| | |
|---|---|
| J & E Express Exhibit 1: | The "Rate Confirmation" sheet that is evidence of Sam's offer and J & E Express' acceptance of a contract for to transport a load for the payment of $1,750.00. |
| J & E Express Exhibit 2: | A document labeled " Straight Bill of Lading" is evidence of J & E Express' performance of the contract. |
| J & E Express Exhibit 3: | J & E Express' invoice to Sam's. |

1

**J & E Express Inc.'s Claim Two**

| | |
|---|---|
| J & E Express Exhibit 4: | The "Rate Confirmation" sheet that is evidence of Sam's offer and J & E Express' acceptance of a contract for to transport a load for the payment of $1,925.00. |
| J & E Express Exhibit 5: | A document labeled " Straight Bill of Lading" is evidence of J & E Express' performance of the contract. |
| J & E Express Exhibit 6: | J & E Express' invoice to Sam's. |
| J & E Express Exhibit 7: | A document labeled "Scale Ticket" is additional evidence of J & E Express' performance of the contract. |

**J & E Express Inc.'s Claim Three**

| | |
|---|---|
| J & E Express Exhibit 8: | The "Rate Confirmation" sheet that is evidence of Sam's offer and J & E Express' acceptance of a contract for to transport a load for the payment of $1,925.00. |
| J & E Express Exhibit 9: | J & E Express' invoice to Sam's. |
| J & E Express Exhibit 10: | A document labeled " Scale Ticket" is additional evidence of J & E Express' performance of the contract. |

Because these claims for $1,750.00, $1,925.00 and 1,925.00 are each less than

$10,000.00, the coverage required of a broker bond for these claims under 49 U.S.C. §13906(b)

and 49 C.F.R. §387.307, Defendant J & E Express demands that RLI pay the full amount of these

claims.

Date:   July 25, 2008                              Respectfully submitted,

                                                   /s/ Paul D. Cullen, Jr.
                                                   Paul D. Cullen, Jr. (D.C. Bar No. 463759)
                                                   **The Cullen Law Firm, PLLC**
                                                   1101 30th Street NW, Suite 300
                                                   Washington, DC 20007
                                                   (202) 944-8600
                                                   (202) 944-8611
                                                   Counsel for Defendant
                                                   J & E Express, Inc.

**CERTIFICATE OF SERVICE**

I certify that on July 25, 2008, I served:

- Defendant J & E Express, Inc.'s Filing of Claim Under the Court's Order of July 9, 2008 and attachments.

electronically by the court's CM/ECF system or by U.S. Postal Service as indicated below to the

counsel and parties in this action.

    /s/ Paul D. Cullen, Jr.               

Paul D. Cullen, Jr. (D.C. Bar No.: 463759)

**Counsel Served Electronically:**

Eric R. Stanco, Esquire
Valerie Elizabeth Powell, Esquire
Stanco & Associates
126 C Street, N.W.
Washington, DC  20001
VEPOWELL@SURETYLAW.COM

Counsel to RLI Insurance Company

**Parties Served by U.S. Postal Service:**

Sam's Transportation Services, Inc.
a/t/a  Sams Transportation, Services, Inc.
3868 Highway 61 North
Cleveland, MS 38732-8726

Marvin Keller Trucking
c/o TransCredit, Inc.
9485 Regency Square Blvd., Suite 102
Jacksonville, FL 32225

Charles Evans Trucking
P.O. Box 306
Wiggins, MS 39577

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RLI INSURANCE COMPANY, | ) |
| | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 1:08-cv-00695(JR) |
| v. | ) |
| | ) |
| | ) |
| SAM'S TRANSP. SERVICES, INC., *et al.*, | ) |
| | ) |
| Defendants. | ) |

### DECLARATION OF MS. MARY WADDELL RE: CLAIMS OF J&E EXPRESS, INC.

1.    I am, and have been at all times relevant to this proceeding, Vice President of J & E

Express, Inc., a small business motor carrier operating out of Davenport, Iowa.

2.    In my position as Vice President of J & E Express, I have several responsibilities,

including J & E Express' accounts receivable and record keeping.

3.    J & E Express has three claims against the bond RLI Insurance sold to Sam's

Transportation Services, Inc. ("Sam's"):

J & E Express Inc.'s Claim One for $1,750.00;

J & E Express Inc.'s Claim Two for $1,925.00; and,

J & E Express Inc.'s Claim Three for $1,925.00.

Each of these claims are for J & E Express' transportation of loads from Monsanto-West

in Muscatine, Iowa, to Sidney Service in Houston, Texas.

4.    I have attached true and correct copies of several documents in support of J & E Express'

1

claim.

5.   **J & E Express Inc.'s Claim One**

J & E Express' Claim One is for S1,750.00 and can be identified by the bill of lading number 801309375 or a number assigned to it by Sam's, 272691.  As proof of this claim, I have attached three documents.

\*      A rate confirmation sheet is the document by which a broker, such as Sam's, confirms the details of the offer of a load and rate to be paid to a motor carrier, such as J & E Express. The attached "Rate Confirmation" sheet from Sam's Transportation (J & E Exhibit 1) identifies the bill of lading number 801309375 under the heading "*Pick #*" in the center of the page. In this document, Sam's makes the request "Please Refer To This # On Invoice: 272691." This Rate Confirmation sheet displays the amount to be paid to J & E Express, Inc., $1,750.00. Sam's faxed this form to me and I signed it and faxed it back to Sam's.

\*      The "STRAIGHT BILL OF LADING" form (J & E Exhibit 2) displays the bill of lading number 801309375 in the middle box at the top of the page under "BOL/CMR Number." J & E Express hauled this load. The bill of lading is stamped and signed in the center of the page on the date the load was received by Sidney Service, "7/18/07".

\*      I have attached a copy of J & E Express' Invoice No. 11274 to Sam's dated 7/20/2007 in the amount of $1,750.00, (J & E Exhibit 3) with the bill of lading number 801309375 under the heading "P.O. Number" in the top left corner of the large box in the second half of the page. As of this date, this invoice has not been paid and has not been disputed by. Sam's, as of this date.

2

6.    **J & E Express, Inc.'s Claim Two**

J & E Express, Inc.'s Claim Two is for $1,925.00 and can be identified by the bill of lading

number 801337228 or Sam's number 273131.   As proof of this claim, I have attached four

documents.

*      The "Rate Confirmation" sheet from Sam's (J & E Exhibit 4) identifies the bill of lading

number 801337228 under the heading "*Pick #*" in the center of the page.  In this document,

Sam's makes the request "Please Refer To This # On Invoice: 273131." This Rate

Confirmation sheet displays the amount to be paid to J & E Express, Inc., as $1,925.00.

Sam's faxed this form to me and I signed it and faxed it back to Sam's.

*      The "STRAIGHT BILL OF LADING" form (J & E Exhibit 5) displays the bill of lading

number 801337228 in the middle box at the top of the page under "BOL/CMR Number." J &

E Express hauled this load.  The bill of lading is signed in the center of the page on the date

the load was received by Sidney Service, "9-5-07".

*      I have attached a copy of J & E Express' Invoice No. 114272 to Sam's (J & E Exhibit 6) dated

9/10/2007 in the amount of $1,925.00, with the Sam's number 273131 under the heading

"P.O. Number" in the top left corner of the large box in the second half of the page. As of this

date, this invoice has not been paid and has not been disputed by Sam's.

*      I have also attached the "scale ticket" (J & E Exhibit 7) which is a report of the weighing of J

& E Express' vehicle upon pickup of this load at the Monsanto Company in Muscatine, Iowa.

3

7.    **J & E Express, Inc.'s Claim Three**

J & E Express, Inc.'s Claim Three is for $1,925.00 and can be identified by the bill of lading number 801338004 or Sam's number 273133.  As proof of this claim, I have attached three documents.

*    The "Rate Confirmation" sheet from Sam's (J & E Exhibit 8) identifies the bill of lading number 801338004 under the heading "*Pick #*" in the center of the page.  In this document, Sam's makes the request "Please Refer To This # On Invoice: 273133."  This Rate Confirmation sheet displays the amount to be paid to J & E Express, Inc., as $1,925.00.  Sam's faxed this form to me and I signed it and faxed it back to Sam's.  J & E Express hauled this load.

*    I have attached a copy of J & E Express' Invoice 114273 to Sam's (J & E Exhibit 9) dated 9/10/2007 in the amount of $1,925.00, with the Sam's Express number 273133 under the heading "P.O. Number" in the top left corner of the large box in the second half of the page.  As of this date, this invoice has not been paid and has not been disputed by Sam's.

*    I have also attached the "scale ticket" (J & E Exhibit 10) which is a report of the weighing of J & E Express' vehicle upon pickup of the load at Monsanto Company in Muscatine, Iowa.

8.    J & E Express wishes to pursue its right to payment in full for each of these claims. under the broker bond.

4

I state this $23$ day of July , 2008, under penalty of perjury under the laws

of the United States of America, that the foregoing is true and correct.

Mary Waddell

Case No. 1:08-cv-00695 (JR)

# J & E EXHIBIT 1

07-11-'07 11:57  FROM-Sams Transportation    6628469099    T-775  P001/001 F-306

## Rate Confirmation

SAMS TRANSPORTATION SERVICES,INC
P.O. BOX 496
SHAW, MS 38773

7/11/2007 1:02:02 PM    Fax: 662-846-9099 Local: 662-846-9006 Toll Free: 800-992-4163    Page 1 of 1

To:  **J & E EXPRESS,INC**

**Phone 563-388-9548    Fax: 563-388-4960**

Special Instructions:

must deliver on 07/16 - Will not be open 07/17

FLAT:  $1,750.00

Gross Pay  **$1,750.00**

| Please sign and fax back to: 662-846-9099 Quick Ref: SAMS TRANSPORTATION SERVICES,INC Quick Phone: 800-992-4163 | **Please Refer To This # On Invoice: 272691** |
|---|---|

| Shipper | Phone | Pick # | Pcs | Wgt | Date | Time |
|---|---|---|---|---|---|---|
| MONSANTO - WEST 2600 WIGGINS RD MUSCATINE, IA 52761 Description: Drums CMA ANY1x540 DRM Met | 563-262-7301 | 801309375 | 72 | 42845 | 7/16/2007 | 0700 |

| Receiver | Phone | PO # | Pcs | Wgt | Date | Time |
|---|---|---|---|---|---|---|
| SIDNEY SERVICE 4700 EASTPARK HOUSTON, TX 77028 Description: J&E to make DEL APPOINTMENT | 713-675-2573 | | | | 7/18/2007 | |

1) ALL DRIVERS MUST CALL FOR DISPATCH!!
2) WE REQUIRE A CHECK CALL FROM ALL DRIVERS BETWEEN 8AM TO 10AM CENTRAL OR $50 FINE WILL BE IMPOSED!
3) PLEASE REFER TO "PRO NO." ON BILLING, MUST HAVE ORIGINAL BILL OF LADINGS RETURNED WITH INVOICES TO SAMS TRANSPORTATIONS SERVICES, INC. INVOICES WILL BE PAID 30  DAYS FROM THE DATE WE RECEIVE ORIGINAL BILL OF LADINGS
4)***DO NOT SEND YOUR TRK TO LOAD BEFORE THIS IS SIGNED AND FAXED TO SAMS TRANSPORTATIUN
CARRIER AGREES FOR THE ABOVE RATE CARRIER WILL PERFORM TRANSPORT SERVICES FOR SAMS TRANSPORTATION. CARRIER AGREES AND UNDERSTANDS THAT THIS CONTRACT IS NOT A "TRIP LEASE" AND THAT CARRIER IS AN "INDEPENDENT CONTRACTOR" WITH ITS OWN ICC,OPERATING AUTHORITY. CARRIER UNDERSTANDS THAT ALL PERMITS AND TAXES ARE  ITS SOLE RESPONSIBILITY. CARRIER AGREES THAT IT MAINTAINS ITS OWN CURRENT CARGO,LIABILITY, AND COMP INSURANCE. AN ORIGINAL CERTIFICATE OF INS. NAMING SAMS TRANSPORTATION AS A CERT.HOLDER, A COPY OF ICC AUTH. AND THIS CONTRACT MUST BE ON FILE BEFORE PAYMENT DATE!!
**DRIVER MUST FAX BOL AND POD  WITHIN 2 HOURS OF DELIVERY OR LOAD IS SUBJECT TO $50.00 FINE PER DAY***

| Special: Commodity: CHEMICALS Equipment: VAN | Truck #: Trailer #: Driver: Cell #: | Customs Brk: Phone: Instructions: |
|---|---|---|
| Signature: Name: Please sign and fax back to: 662-846-9099 | Title:  Branch Manager Date:  07 11 07 | |
| For office use only: Quick Ref: J & E EXPRESS,INC Quick Ref: 563-388-9548 | Broker Sig: BILL  Please Refer To This # On Invoice: 272691 | |

Sr. Dispatch Software - www.srdispatch.com

Case No. 1:08-cv-00695 (JR)

# J & E EXHIBIT 2

# STRAIGHT BILL OF LADING

Received, subject to the classifications and tariffs in effect on the date of this Bill of lading from **MONSANTO COMPANY**

| Ship-From | | |
|---|---|---|
| **MONSANTO COMPANY**<br><br>WIGGINS ROAD, RR #5<br>MUSCATINE, IA  52761<br>USA<br><br>Monsanto Contact: Trisha Stoddard | **BOL/CMR Number**<br>801309375 | **Page**<br>1 of 1 |
| | **Document Date**<br>07/16/2007   08:27 AM | **Delivery No.**<br>882827954 |
| | **Customer Purchase Order** | **Order Number**<br>4509163996 |

| Ship-To or Consignee | Sold-To |
|---|---|
| SIDNEY SERVICE<br>4700 EAST PARK DRIVE<br>HOUSTON TX   77028<br>USA<br><br>Contact Info: Sidney Murphy 7136752573 | SIDNEY SERVICE<br>4700 EAST PARK DRIVE<br>HOUSTON TX   77028<br>USA<br><br>Contact Info: Sidney Murphy 7136752573 |

| Notify or Freight Forwarder | | |
|---|---|---|
| | **Freight Terms**<br>PPD THIRD PARTY BILLING | |
| | **Country of Destination**<br>USA | **Deliveries per Shipment**<br>Stop  1 of  1 |

| Shipment Date<br>07/16/2007 | Shipped From<br>MUSCATINE, IA | |
|---|---|---|
| **Carrier/Route**<br>SAM'S TRANSPORTATION SERVICES INC | | |
| **Railcar ID/ Trailer ID**<br>5315STTS | **Seal No.**<br>299201 | 1) FREIGHT INVOICES: Do not send freight invoice. PREPAID and COLLECT THIRD PARTY BILLING freight charges will be automatically paid based on contract rates; 2) DEMURRAGE/DETENTION invoices: Send invoice to the location where charges occurred; 3) PREPAID AND COLLECT THIRD PARTY BILLING BALANCE DUES: Send balance due invoice showing MONSANTO BOL/CMR number to: Monsanto, PO BOX 66973, St Louis, MO 63166-6973. |
| **Last Loading Date**<br>07/11/2007 | **Delivery Date**<br>07/16/2007 | |

| HM | Item | Goods Description<br>No. and kind of packages | Quantity | Gross Weight | Net Weight |
|---|---|---|---|---|---|
| | 1 | Weed killing compound, n.o.i.b.n.<br>10594641  BUTA TEC,ANY,1X485LB DRM<br>Batch MBMT0711CD -      84 DRM<br>********************** | 84  DRM | 44,488 LB | 40,740 LB |
| | | No. of Pkgs:  84 | **Total** | 44,488 LB | 40,740 LB |
| | | TRAILER,TL,SPOT RATE,SR2 | | | |

Rick D. Wardle (Shipper)

SIDNEY SERVICE CORP
*Staci Raabe*
7/18/07

**Carrier Instructions**

I hereby declare that the contents of this consignment are fully and accurately described above by the proper shipping name, and are classified, packaged, marked and labelled/placarded, and are in all respects in proper condition for transport according to applicable International and national governmental regulations. For ocean shipments, it is declared that the packing of the container /vehicle has been carried out in accordance with the IMDG code, paragraph 5.4.2.

Subject to Section 7 of conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:  The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges:

_____ (Consignor)

Note: where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per___.

For intermodal shipments, this document is an INTERMODAL CERTIFICATION.
For customer pick up orders, this document is a receipt for material, not a bill of lading. Driver acknowledges that placards are affixed and DOT Emergency Response Guidebook, or equivalent information, is immediately available.

_____ (Received by)

FOR CHEMICAL EMERGENCY - SPILL, LEAK, FIRE, EXPOSURE OR ACCIDENT - DAY OR NIGHT:
CALL CHEMTREC 1-800-424-9300. IN CANADA, CALL CHEMTREC 1-613-996-6666.

Case No. 1:08-cv-00695 (JR)

# J & E EXHIBIT 3

J & E Express Inc.

3422 N Thornwood Avenue
Davenport, IA 52806

# Invoice

| Date | Invoice # |
| --- | --- |
| 7/20/2007 | 11274 |

| Bill To |
| --- |
| Sams Transportation Services Inc<br>P.O. Box 496<br>Shaw, MS 38773 |

| Ship To |
| --- |
| Sidney Service<br>Houston, Tx<br>p/u#801309375 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
| --- | --- | --- | --- | --- | --- | --- |
| 801309375 | Net 30 | MHW | 7/16/2007 | J & E Express | | |

| Quantity | Item Code | Description | Price Each | Amount |
| --- | --- | --- | --- | --- |
| 1 | Misc | p/u @ Monsanto in Muscatine, Ia | 1,750.00 | 1,750.00 |

| | | | Total | $1,750.00 |
| --- | --- | --- | --- | --- |

Case No. 1:08-cv-00695 (JR)

# J & E EXHIBIT 4

08-29-'07 09:56 FROM-Sams Transportation    6628469099    T-379 P001/001 F-805

## Rate Confirmation

SAMS TRANSPORTATION SERVICES, INC
P.O. BOX 496
SHAW, MS 38773

8/29/2007 10:02:44 AM    Fax: 662-846-9099 Local: 662-846-9006 Toll Free: 800-992-4163    Page 1 of 1

To: **J & E EXPRESS, INC**

**Phone 563-388-9548    Fax: 563-388-4960**

Special Instructions:

FLAT: **$1,925.00**

**Gross Pay $1,925.00**

| Please sign and fax back to: 662-846-9099 Quick Ref: SAMS TRANSPORTATION SERVICES, INC Quick Phone: 800-992-4163 | **Please Refer To This # On Invoice: 273131** |
|---|---|

| Shipper | Phone | Pick # | Pcs | Wgt | Date | Time |
|---|---|---|---|---|---|---|
| **MONSANTO - WEST** 2500 WIGGINS RD MUSCATINE, IA 52761 Description: Drums BUTA TEC | 563-262-7301 | 801337228 | 84 | 44488 | ~8/31/2007 8-31-07 | 13:00 |

| Receiver | Phone | PO # | Pcs | Wgt | Date | Time |
|---|---|---|---|---|---|---|
| **SIDNEY SERVICE** 4700 EASTPARK HOUSTON, TX 77028 Description: | 713-675-2573 | | | | 9/4/2007 9/5 | 7AM |

1) ALL DRIVERS MUST CALL FOR DISPATCH!!
2) WE REQUIRE A CHECK CALL FROM ALL DRIVERS BETWEEN 8AM TO 10AM CENTRAL,OR $50 FINE WILL BE IMPOSED!
3) PLEASE REFER TO "PRO NO" ON BILLING. MUST HAVE ORIGINAL BILL OF LADINGS RETURNED WITH INVOICES TO SAM'S TRANSPORTATIONS SERVICES, INC.
INVOICES WILL BE PAID 30 DAYS FROM THE DATE WE RECEIVE ORIGINAL BILL OF LADINGS
4)***DO NOT SEND YOUR TRK TO LOAD BEFORE THIS IS SIGNED AND FAXED TO SAM'S TRANSPORTATION
CARRIER AGREES FOR THE ABOVE RATE CARRIER WILL PERFORM TRANSPORT SERVICES FOR SAMS TRANSPORTATION. CARRIER AGREES AND
UNDERSTANDS THAT THIS CONTRACT IS NOT A "TRIP LEASE" AND THAT CARRIER IS AN "INDEPENDENT CONTRACTOR" WITH ITS OWN ICC OPERATING
AUTHORITY. CARRIER UNDERSTANDS THAT ALL PERMITS AND TAXES ARE ITS SOLE RESPONSIBILITY. CARRIER AGREES THAT IT MAINTAINS ITS OWN
CURRENT CARGO,LIABILITY, AND COMP INSURANCE. AN ORIGINAL CERTIFICATE OF INS. NAMING SAM'S TRANSPORTATION AS A CERT.HOLDER, A COPY OF ICC
AUTH. AND THIS CONTRACT MUST BE ON FILE BEFORE PAYMENT DATE!
***DRIVER MUST FAX BOL AND POD WITHIN 2 HOURS OF DELIVERY OR LOAD IS SUBJECT TO $50.00 FINE PER DAY***

| Special: Commodity: CHEMICALS Equipment: VAN | Truck #: Trailer #: Driver: Cell #: | Customs Brk Phone: Instructions: |
|---|---|---|

Signature: _Amy Hubbell_    Title: _Branch Manager_
Name: _MARY A WADDELL_    Date: _08.29.07_
Please sign and fax back to: 662-846-9099

| For office use only: Quick Ref: J & E EXPRESS, INC Quick Ref: 563-388-9548 | Broker Sig: BILL _William Moran_ Please Refer To This # On Invoice: 273131 |
|---|---|

Br. Dispatch Software - www.drdispatch.com

Case No. 1:08-cv-00695 (JR)

# J & E EXHIBIT 5

# STRAIGHT BILL OF LADING

Received, subject to the classifications and tariffs in effect on the date of this Bill of lading from **MONSANTO COMPANY**

| Ship-From | BOL/CMR Number | Page |
|---|---|---|
| **MONSANTO COMPANY** | 801337228 | 1 of 1 |

| Ship-From | | | |
|---|---|---|---|
| **MONSANTO COMPANY**<br><br>WIGGINS ROAD, RR #5<br>MUSCATINE, IA  52761<br>USA<br><br>Monsanto Contact: Trisha Stoddard | **Document Date**<br>08/31/2007   11:31 AM | **Delivery No.**<br>882883942 |
| | **Customer Purchase Order** | **Order Number**<br>4509203940 |

| Ship-To or Consignee | Sold-To |
|---|---|
| SIDNEY SERVICE<br>4700 EAST PARK DRIVE<br>HOUSTON TX  77028<br>USA<br><br>Contact Info: Sidney Murphy 7136752573 | SIDNEY SERVICE<br>4700 EAST PARK DRIVE<br>HOUSTON TX  77028<br>USA<br><br>Contact Info: Sidney Murphy 7136752573 |

| Notify or Freight Forwarder | Freight Terms |
|---|---|
| | PPD THIRD PARTY BILLING |
| | **Country of Destination**<br>USA |
| | **Deliveries per Shipment**<br>Stop  1  of  1 |

| Shipment Date<br>08/31/2007 | Shipped From<br>MUSCATINE, IA |
|---|---|

| Carrier/Route |
|---|
| SAM'S TRANSPORTATION SERVICES INC |

| Railcar ID/ Trailer ID<br>5315STTS | Seal No.<br>299118 |
|---|---|

| Last Loading Date<br>08/27/2007 | Delivery Date<br>08/30/2007 |
|---|---|

1) FREIGHT INVOICES: Do not send freight invoice. PREPAID and COLLECT THIRD PARTY BILLING freight charges will be automatically paid based on contract rates; 2) DEMURRAGE/DETENTION invoices: Send invoice to the location where charges occurred; 3) PREPAID AND COLLECT THIRD PARTY BILLING BALANCE DUES: Send balance due invoice showing MONSANTO BOL/CMR number to: Monsanto, PO BOX 66973, St Louis, MO 63166-6973.

| HM | Item | Goods Description<br>No. and kind of packages | Quantity | Gross Weight | Net Weight |
|---|---|---|---|---|---|
| | 1 | Weed killing compound, n.o.i.b.n.<br>10594641  BUTA TEC,ANY,1X485LB DRM | 84  DRM | 44,488 LB | 40,740 LB |
| | | Batch MBMT0827AD -       52  DRM | | | |
| | | Batch MBMT0827CD -       32  DRM | | | |
| | | * * * * * * * * * * * * * * * * * * * * * | | | |
| | | No. of Pkgs:  84 | **Total** | 44,488 LB | 40,740 LB |
| | | TRAILER,TL,SPOT RATE,SR2 | | | |

Carrier Instructions

9-5-07

I hereby declare that the contents of this consignment are fully and accurately described above by the proper shipping name, and are classified, packaged, marked and labelled/placarded, and are in all respects in proper condition for transport according to applicable international and national governmental regulations. For ocean shipments, it is declared that the packing of the container /vehicle has been carried out in accordance with the IMDG code, paragraph 5.4.2.

Rick D. Wardle (Shipper)

Subject to Section 7 of conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:  The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges:

_____ (Consignor)

Note: where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per ____.

For intermodal shipments, this document is an INTERMODAL CERTIFICATION.
For customer pick up orders, this document is a receipt for material, not a bill of lading. Driver acknowledges that placards are affixed and DOT Emergency Response Guidebook, or equivalent information, is immediately available.

_____ (Received by)

FOR CHEMICAL EMERGENCY - SPILL, LEAK, FIRE, EXPOSURE OR ACCIDENT - DAY OR NIGHT:
CALL CHEMTREC 1-800-424-9300. IN CANADA, CALL CANUTEC 1-613-996-6666.

Case No. 1:08-cv-00695 (JR)

# J & E EXHIBIT 6

J & E Express Inc.

3422 N Thornwood Avenue
Davenport, IA 52806

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/10/2007 | 114272 |

| Bill To | Ship To |
|---------|---------|
| Sams Transportation Services Inc<br>P.O. Box 496<br>Shaw, MS 38773 | Sidney Service<br>Houston, Tx<br>p/u 801337228 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| 273131 | Net 30 | MHW | 8/31/2007 | J & E Express | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 1 | Misc | p/u @ Monsanto in Muscatine, Ia | 1,925.00 | 1,925.00 |

| | **Total** | $1,925.00 |
|--|-----------|-----------|

Case No. 1:08-cv-00695 (JR)

# J & E EXHIBIT 7

DATE/TIME/WEIGHT

# HARD HATS AND SAFETY GLASSES MUST

## BE WORN AT ALL TIMES

## OBEY ALL TRAFFIC SIGNS AND SPEED LIMIT

## NO SMOKING IN TRUCKS OR PLANT PROPERTY

COMMODITY

PRODUCTION AREA

S/N

DEST./ORIGIN

CARRIER

TRAILER NO.

VENDOR NET WT.

WEIGHED BY

HRAWD  31100 lb
POP ID 757
9:34        8-31-07
34500 lb  GROSS
31100 lb  TARE
3400 lb  NET
44940
LOOP ID 757
11:19    8-31-07

REMARKS:

DRIVER SIGNATURE:

☐ INBOUND    ☐ OUTBOUND

HARD HAT ISSUED    YES    NO

4 CARRIER

## MONSANTO COMPANY – MUSCATINE, IOWA

Case No. 1:08-cv-00695 (JR)

# J & E EXHIBIT 8

9006762207 11:56  FROM-Sams Transportation Services, Inc. 6628469099

## Rate Confirmation

### SAMS TRANSPORTATION SERVICES, INC
P.O. BOX 496
SHAW, MS 38773

8/28/2007 11:48:46 AM      Fax: 662-846-9099  Local: 662-846-9006  Toll Free: 800-992-4163          Page 1 of 1

**To:**  J & E EXPRESS, INC

**Phone 563-388-9548     Fax: 563-388-4960**

Special Instructions:

F.  1,925.00

**Gross Pay $1,925.00**

| Please sign and fax back to: 662-846-9099 Quick Ref: SAMS TRANSPORTATION SERVICES, INC Quick Phone: 800-992-4163 | **Please Refer To This # On Invoice: 273133** |
|---|---|

| Shipper | Phone | Pick # | Pcs | Wgt | Date | Time |
|---|---|---|---|---|---|---|
| MONSANTO - WEST 2500 WIGGINS RD MUSCATINE, IA 52761 Description: OrumaBUTA TEC | 563-262-7301 | 801338004 | 84 | 44488 | 8/30/2007 8-31-07 | 11:00 ASAP |

Condition of Use | Privacy & Security | © 2005 FastTrak

| Receiver | Phone | PO # | Pcs | Wgt | Date | Time |
|---|---|---|---|---|---|---|
| SIDNEY SERVICE 4700 EASTPARK HOUSTON, TX 77028 Description: driver to make del appt. | 713-675-2573 | | | | 9/4/2007 9/5 | 7 Am |

*Fax back to 707-745-3468*

1) ALL DRIVERS MUST CALL FOR DISPATCH!!
2) WE REQUIRE A CHECK CALL FROM ALL DRIVERS BETWEEN 8AM TO 10AM CENTRAL, OR $50 FINE WILL BE IMPOSED!
3) PLEASE REFER TO "PRO NO" ON BILLING. MUST HAVE ORIGINAL BILLS OF LADINGS RETURNED WITH INVOICES TO SAMS TRANSPORTATIONS SERVICES, INC. INVOICES WILL BE PAID 30 DAYS FROM THE DATE WE RECEIVE ORIGINAL BILL OF LADINGS
4)***DO NOT SEND YOUR TRK TO LOAD BEFORE THIS IS SIGNED AND FAXED TO SAMS TRANSPORTATION
CARRIER AGREES FOR THE ABOVE RATE CARRIER WILL PERFORM TRANSPORT SERVICES FOR SAMS TRANSPORTATION. CARRIER AGREES AND UNDERSTANDS THAT THIS CONTRACT IS NOT A "TRIP LEASE" AND THAT CARRIER IS AN "INDEPENDENT CONTRACTOR" WITH ITS OWN ICC OPERATING AUTHORITY. CARRIER UNDERSTANDS THAT ALL PERMITS AND TAXES ARE ITS SOLE RESPONSIBILITY. CARRIER AGREES THAT IT MAINTAINS ITS OWN CURRENT CARGO, LIABILITY, AND COMP INSURANCE. AN ORIGINAL CERTIFICATE OF INS. NAMING SAMS TRANSPORTATION AS A CERT. HOLDER, A COPY OF ICC AUTH. AND THIS CONTRACT MUST BE ON FILE BEFORE PAYMENT DATE.
***DRIVER MUST FAX BOL AND POD WITHIN 2 HOURS OF DELIVERY OR LOAD IS SUBJECT TO $50.00 FINE PER DAY***

| Special: Commodity: CHEMICALS Equipment: VAN | Truck #: Trailer #: Driver: Cell #: | Customs Brk: Phone: Instructions: |
|---|---|---|
| Signature: Name: Please sign and fax back to: 662-846-9099 | | Title: Branch Whnggar Date: 081 29 07 |
| For office use only: Quick Ref: J & E EXPRESS, INC Quick Ref: 563-388-9548 | | Broker Sig: BILL Please Refer To This # On Invoice: 273133 |

Br. Dispatch Software - www.8rdispatch.com

BILL MUNN

5633884960

Case No. 1:08-cv-00695 (JR)

# J & E EXHIBIT 9

J & E Express Inc.

3422 N Thornwood Avenue
Davenport, IA 52806

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/10/2007 | 114273 |

| Bill To | Ship To |
|---------|---------|
| Sams Transportation Services Inc<br>P.O. Box 496<br>Shaw, MS 38773 | Sidney Service<br>Houston, Tx<br>p/u#801338004 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| 273133 | Net 30 | MHW | | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 1 | Misc | p/u@ Monsanto, Muscatine, Ia | 1,925.00 | 1,925.00 |

| | Total | $1,925.00 |
|---|-------|-----------|

Case No. 1:08-cv-00695 (JR)

# J & E EXHIBIT 10

# HARD HATS AND SAFETY GLASSES MUST

## BE WORN AT ALL TIMES

## OBEY ALL TRAFFIC SIGNS AND SPEED LIMIT

# NO SMOKING IN TRUCKS OR PLANT PROPERTY

COMMODITY                     PRODUCTION AREA

S/N                           DEST./ORIGIN

CARRIER                       TRAILER NO.        17

VENDOR NET WT.                WEIGHED BY         5324

☐ INBOUND      ☐ OUTBOUND

HARD HAT ISSUED      YES      NO

REMARKS:

DRIVER SIGNATURE:

**MONSANTO COMPANY** - MUSCATINE, IOWA

4 CARRIER

---

TF 208 (9-81)

DATE/TIME/WEIGHT

INBOUND   33300 lb
LOOP ID 737
7:15    8-31-07

78440 lb GROSS
33380 lb TARE
45060 lb NET

LOOP ID 737
8:07   8-31-07