UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RLI INSURANCE COMPANY, )<br>)<br>)<br>Plaintiff, )<br>) Civil Action No. 1:08-cv-00695(JR)<br>v. )<br>)<br>)<br>SAMS TRANSP. SERVICES, INC., *et al.*, )<br>)<br>Defendants. )<br>_____) | |

**APPEARANCE**

To the Clerk of this court and all parties of record:

Please entered the appearance of Randall S. Herrick-Stare, as counsel in this case for Defendants All-Star Transportation, Inc., First Trucking, Inc., J & E Express, Inc., Schibi Transportation, L.L.C, Gregory Logistics, Inc., and Topper 1.

Date:  August 13, 2008                /s/ Randall S. Herrick-Stare
                                       Randall S. Herrick-Stare
                                       (D.C. Bar No. 482752)

                                       **The Cullen Law Firm, PLLC**
                                       1101 30th Street NW, Suite 300
                                       Washington, DC 20007
                                       (202) 944-8600
                                       (202) 944-8611
                                       Counsel for Defendants
                                        All-Star Transportation, Inc.
                                       First Trucking, Inc.
                                       Gregory Logistics, Inc.
                                       J&E Express, Inc.
                                       Schibi Transportation, LLC
                                       Topper 1